ORIGINAL

RECEIV...
NOV 1 9
OFFICE OF THE CL...
U.S. COURT OF FEDERAL C...

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

METROTOP PLAZA ASSOCIATES

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): RICHARD L. ZUCKER, ESQ.

Firm Name: LASSER HOCHMAN, LLC

Post Office Box:

07-811 C

Street Address: 75 Eisenhower Parkway

City-State-Zip: Roseland, New Jersey 07068

Telephone & Facsimile Numbers: (973) 226-2700 Fax: (973) 226-0844

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A

See attached sheet for three-digit codes.

Amount Claimed: $ 20,670.30

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $Not Applicable

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: Not Applicable

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.