**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| METROTOP PLAZA ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-811C |
| | ) | |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including February 19, 2008, within which to file a response to the complaint. The response to the complaint is currently due January 18, 2008. This is our first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff, Metrotop Plaza Associates ("Metrotop"), has no objection to this motion.

Metrotop alleges that the General Services Administration ("GSA") breached its lease agreement. Metrotop seeks monetary and declaratory relief.

The enlargement is requested because defendant's counsel of record has not yet received a litigation report from GSA as required pursuant to 28 U.S.C. § 520(b). Agency counsel for GSA is working diligently to complete the report, but will be out of the office from December 24, 2007 through January 7, 2008 on prescheduled leave and again from January 14 through January 23, 2008 for work-related travel. Once the litigation report is received, defendant's counsel of record shall require additional time to coordinate the preparation of a response with agency counsel and to receive internal review of the response especially since counsel of record will be out of the office for trial advocacy training at the National Advocacy

Center from January 28, 2008 through February 8, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 30-days, to and including February 19, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

December 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN