# In the United States Court of Federal Claims

No. 07-811C
Filed: January 2, 2008

| | |
|---|---|
| METROTOP PLAZA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's December 20, 2007, unopposed motion for an enlargement of time, to and including February 19, 2008, within which to respond to plaintiff's complaint, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge