RICHARD L. ZUCKER, ESQ.
LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for Plaintiff Metrotop Plaza Associates

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

METROTOP PLAZA ASSOCIATES,

Plaintiff,

-vs-

UNITED STATES OF AMERICA,

Defendant.

No. 07-811C

(Judge John P. Wiese)

**ORDER GRANTING LEAVE TO PLAINTIFF TO SERVE AND FILE SUPPLEMENTAL COMPLAINT**

This matter being opened to the Court (Honorable John P. Wiese presiding) by plaintiff Metrotop Plaza Associates on an application for leave to serve and file a supplemental complaint, and the Court having considered the certification of Richard L. Zucker dated January 4, 2008, and being satisfied that good cause exists for the entry of the within order,

IT IS on this ______ day of ____________________, 2008 ORDERED that:

1. Plaintiff Metrotop Plaza Associates be, and it hereby is, granted leave to serve and file, within _____ days from the date hereof, a supplemental complaint in the form annexed to the certification of Richard L. Zucker dated January 4, 2008; and

2. Defendant United States of America be, and it hereby is, directed to answer, move or otherwise respond to the supplemental complaint within ______ days from the filing of the supplemental complaint.

______________________________
JOHN P. WIESE, JUDGE