**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| METROTOP PLAZA ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-811C |
| | ) | |
| v. | ) | (Senior Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE AND FILE SUPPLEMENTAL COMPLAINT

Defendant, the United States, respectfully submits this Response to Plaintiff's Motion for Leave to Serve and File Supplemental Complaint. Although we regard plaintiff's motion as unnecessary because it was free to amend its complaint pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") without leave of the Court where the United States has not filed a responsive pleading, without waiving any defenses to the proposed supplemental complaint, we do not oppose plaintiff's motion for leave to supplement its complaint pursuant to RCFC 15(d).

The Government respectfully requests 45 days from the date on which the Court rules upon plaintiff's Motion for Leave to Serve and File Supplemental Complaint to file an answer to the supplemental complaint, should the motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

January 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of January, 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE AND FILE SUPPLEMENTAL COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN