# In the United States Court of Federal Claims

No. 07-811C
Filed: January 29, 2008

| | |
|---|---|
| METROTOP PLAZA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

and

EXTENDING TIME FOR FILING ANSWER

---

Plaintiff's January 4, 2008, motion for leave to file a supplemental complaint is GRANTED. Plaintiff shall file its supplemental complaint on or before February 4, 2008.

The time within which defendant shall file its answer is extended to and including March 20, 2008.

s/John P. Wiese
John P. Wiese
Judge