# Exhibit 1

GSA

"Richard Zucker" <rzucker@LasserHochman.com>

12/13/2007 03:58 PM

To mark.johnson@gsa.gov

cc

bcc

Subject Claim by Metrotop Plaza Associates against USA: Lease No. GS-02B-23116

History: This message has been forwarded.

Dear Mr. Johnson,

Per your telephone request this afternoon, attached please find a copy of the October 30, 2007 letter that I sent to Evanthia Campione. The letter was sent via both regular mail and certified mail, return receipt requested. Although the receipt card has not been returned to us, neither envelope has been returned to us either. When we spoke, you told me that Ms. Campione had not received the letter.

Regardless, I look forward to hearing from you at your earliest convenience after you have had an opportunity to review the attached letter.

Richard Zucker

4544_001.pdf

LASSER HOCHMAN, L.L.C.
ATTORNEYS AT LAW
75 EISENHOWER PARKWAY - SUITE NO. 120
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
TELECOPIER (973) 226-0844

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS >
DAVID SILVER
BRUCE H. SNYDER
JODI LEE ALPER*
RICHARD C. STEWART#
JOHN R. WENZKE*
HELANE A. KIPNEES
MARYJANE D. COWELL>
DINAH E. HENDON
EVAN A. SHOWELL☐
GREGORY P. KONZELMAN*
LAUREN A. CARNEVALE*
RYAN M. BUEHLER

RETIRED - IRVING C. MARCUS
OF COUNSEL - H. LEE SAROKIN
AARON LASSER (1895-1970)
B. WILLIAM HOCHMAN (1933-1983)

*N.J. AND N.Y. BARS
>N.J. AND PA. BARS
#N.J., N.Y AND D.C. BARS
☐N. J. AND D.C. BARS

October 30, 2007

***Certified Mail, R.R.R. and Regular Mail***
Ms. Evanthia Campione
Contracting Officer
Account Management Division
U. S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

RE: Lease for Real Property, dated August 23, 2000, between
Metrotop Plaza Associates (Landlord)
and United States of America (Tenant)
Lease No. GS-02B-23116
Building No. NJ4600ZZ
Premises: 111 Wood Avenue South
Iselin, New Jersey 08330

Dear Ms. Campione:

This office represents Metrotop Plaza Associates (hereinafter "Metrotop"), the landlord under the Lease for Real Property (hereinafter "LRP") referred to above.

Pursuant to and in accordance with paragraph 36 of the General Clauses (GSA Form 3517B) attached to the LRP, Metrotop asserts a claim against the USA in the amount of $114,772.34, which said amount is itemized hereinafter. In addition to the $114,772.34, Metrotop is also asserting a claim for interest on the $114,772.34 pursuant to paragraph 22(c) of the General Clauses and/or 41 U.S.C. §611.

The claim relates to unpaid real estate taxes. According to paragraph 3.3(e)(1) on page 8 of

the LRP,

> The Government shall make a single lump sum payment to the Lessor for its share of any increase in real estate taxes during the lease term over the amount established as the base year taxes * * *. The amount of lump sum payment * * * shall be based upon evidence of valuation and payment submitted by the Lessor to the Contracting Officer in accordance with paragraph (d).
>
> (1) In the event of an increase in taxes over the base year, the Lessor shall submit a proper invoice of the tax adjustment including the calculation thereof together with evidence of payment to the Contracting Officer. The Government shall be responsible for payment of any tax increase over the base year taxes only if proper invoice and evidence of payment is submitted by the Lessor within sixty (60) calendar days after the date the tax payment is due from the Lessor to the taxing authority. The due date for making payment shall be the thirtieth (30th) calendar day after the anniversary date of this lease, whichever is later.

The base year was 2001, and the base year taxes imposed by the municipality on the tax lot and building were $213,720.00. For tax years 2003 through 2007, the real estate taxes imposed against the land and building were as follows:

| Tax Year | Real Estate Taxes |
|---|---|
| 2003 | $360,850.39 |
| 2004 | $374,958.56 |
| 2005 | $393,021.74 |
| 2006 | $413,091.94 |
| 2007 | $435,405.28 |

In compliance with the LRP, all required documentation supporting these tax amounts and Metrotop's payment thereof were previously submitted to you. Another copy of the tax bills is enclosed.

The government's share of these tax increases (12.63% per paragraph 23 on page 4 of the LRP) is itemized as follows:

| Tax Year | Real Estate Taxes | Base Year Taxes | Difference | 12.63% of Difference |
|---|---|---|---|---|
| 2003 | $360,850.39 | $213,720.00 | $147,130.39 | $ 18,582.57 |
| 2004 | $374,958.56 | $213,720.00 | $161,238.56 | $ 20,364.43 |
| 2005 | $393,021.74 | $213,720.00 | $179,301.74 | $ 22,645.81 |
| 2006 | $413,091.94 | $213,720.00 | $199,371.94 | $ 25,180.68 |
| 2007 | $435,405.28 | $213,720.00 | $221,685.28 | $ 27,998.85 |
| | | | | $114,772.34 |

We are aware, based upon your prior correspondence dated July 27, 2006 and September 1, 2006, that it is the government's position that "the base year which we used to calculate the real estate tax escalations were incorrect." The base year taxes, according to paragraph 3.3(b) on page 7 of the LRP, were $213,720.00, and to the extent that the government disagrees that this is the amount of the base year taxes, Metrotop seeks an interpretation of the LRP as part of the within claim.

We are also aware that, by letter dated August 21, 2007, in reliance upon paragraph 3.3(c) on page 7 of the LRP, you contend that the tax block and lot were not "fully assessed" in 2001 and that, consistent with the language in this paragraph, "[p]artial assessments for newly constructed projects or for projects under construction, conversion, or renovation will not be used for establishing the Government's base taxes." The fact of the matter is, however, that the property in question was fully assessed in 2001, and that no partial assessment was used for establishing the base year taxes of $213,720.00. As part of its claim, Metrotop seeks an interpretation of the LRP to this effect in light of the facts as they existed in 2001.

In your letter dated August 21, 2007, you also maintain that the establishment of the real estate tax adjustment rate at 12.63% was "based on the total rentable square footage of the property at 84,620 in the commencement year of 2001." This amount of 84,620 may or may not be precisely correct, but what is true is that, according to paragraph 23 on page 4 of the LRP,

> [f]or the purpose of Real Estate Tax Adjustments as set forth in Paragraph 3.3 of this Lease, the Government is <u>deemed</u> to occupy 12.63% of the tax lot and building. (Emphasis added).

You also state in your letter of August 21, 2007 that with the construction of the parking garage that you allege contains 213,012 square feet, this had the effect of reducing the government's real estate tax adjustment rate from 12.63% to 3.59%. Metrotop disagrees, and as part of its claim, the landlord seeks an interpretation of the LRP that the construction of the parking garage on lot 11.C in block 356 did not add, in the words of paragraph 3.3(f) on page 8 of the LRP, "<u>rentable</u> square feet in the building or complex", and that, notwithstanding the construction of the parking garage, the government's real estate tax adjustment rate remains at 12.63%, that the base year taxes are still $213,720.00, and that the amount due, owing and payable on account of increased real estate taxes should be calculated based upon the annual real estate taxes imposed by the municipality on the lot and block in question.

Consistent with the requirements of paragraph 36(d) of the General Clauses and 41 U.S.C. §605(c)(1), a certification from Metrotop accompanies this claim.

We trust that you will timely respond to this claim.

Very truly yours,

RICHARD L. ZUCKER

RLZ/sms
Encls.

**<u>CERTIFICATION</u>**

IVAN SOBEL, of full age, certifies as follows:

1. I am authorized to certify on behalf of Metrotop Plaza Associates the claim described in the October 26, 2007 letter from Richard L. Zucker to Ms. Evanthia Campione.

2. The claim is made in good faith, the supporting data are accurate and complete to the best of my knowledge and belief, and the amount requested accurately reflects the contract adjustment for which Metrotop Plaza Associates believes the Government is liable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

IVAN SOBEL

Dated: October 29, 2007