# EXHIBIT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METROTOP PLAZA ASSOCIATES, | ) | |
| Plaintiff, | ) | No. 07-811C |
| v. | ) | (Senior Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF EVANTHIA CAMPIONE

I, Evanthia Campione, swear and declare under penalty of perjury as follows:

1. I make the following representations based upon my personal knowledge as a Contracting Officer for the General Services Administration ("GSA") and the Lead Realty Specialist in GSA's Northeast and Caribbean Region Account Management Division, positions which qualify me to speak on behalf of GSA relative to issues involving receipt of the claims filed by Metrotop Plaza Associates ("Metrotop").

2. As a Contracting Officer, I was assigned to oversee any issues arising from Lease No. GS-02B-23116, the lease between the United States and Metrotop.

3. I am familiar with the way I receive mail in my office. Mail is typically placed in my in-box by an administrative assistant. In some instances, my mail is first given to my supervisor, Maureen Lennon, who then hand delivers it to me or places it in my in-box.

4. I personally review the mail in my in-box every day. When I am out of the office, I personally review the mail in my in-box upon my return.

5. During October to December, 2007, we were expecting correspondence from Metrotop regarding the lease at issue in this case. Therefore, during that time, I consciously watched for any mail sent to me by Metrotop and paid close attention to any mail I received from Metrotop.

6. I did not receive a letter addressed to me from Metrotop dated October 30, 2007 which contained a claim for $114,772.34 by either regular or certified mail.

7. In December, 2007, GSA learned for the first time that there may be a pending claim which I had never received.

8. When we learned of this potential claim, GSA immediately contacted Metrotop and requested a copy of the claim.

9. Metrotop's attorney emailed a copy of the letter to Mark Johnson, Assistant Regional Counsel for GSA on December 13, 2007.

10. Mr. Johnson forwarded the email to me on December 13, 2007.

11. The first time I ever received a copy of the October 30, 2007 letter was when I received this email on December 13, 2007. Until that time, I was not aware that I was under an obligation to respond to this claim.

12. To date, I have not issued a final decision on the claim presented in the October 30, 2007 letter.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate. Executed on March 18, 2008.

Evanthia Campione

Evanthia Campione