# In the United States Court of Federal Claims

No. 07-811C
Filed: March 26, 2008

| | |
|---|---|
| METROTOP PLAZA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING PRELIMINARY CONFERENCE

---

Pursuant to the agreement of the parties, a preliminary conference will be held at 2:30 p.m. on Wednesday, April 2, 2008, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be digitally recorded.

s/John P. Wiese
John P. Wiese
Judge