# In the United States Court of Federal Claims

No. 07-811C
Filed: April 21, 2008

| | |
|---|---|
| METROTOP PLAZA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

EXTENDING FILING DEADLINE

The time within which plaintiff shall file its response to defendant's March 20, 2008, motion to dismiss is extended to and including May 21, 2008.

s/John P. Wiese
John P. Wiese
Judge