GSA

GSA Northeast and Caribbean Region

Re: Real Estate Taxes
111 Wood Avenue South
Iselin, NJ 08830
GS-02B-23116

27 JUL 2006

Metrotop Plaza Associates
Ivan Sobel
90 Woodbridge Center Drive
Woodbridge, NJ 07095

Dear Mr. Sobel,

We performed an audit of the referenced lease which revealed that a parking garage was built on the property's site with the same block and lot numbers as the original structure subject to the lease.

The Tax Adjustment Clause 3.3.b of our lease states: "*Base year taxes as referred to in this clause are the real estate taxes for the first twelve (12) month period coincident with full assessment, or may be an amount negotiated by the parties that reflects an agreed upon base for a fully assessed value of the property.*"

The Tax Adjustment Clause 3.3.d of our lease further states: "*The term "full assessment" as referred to in this clause means the taxing jurisdiction has considered all contemplated improvements to the assessed property in the valuation of the same. Partial assessments for newly constructed projects or for projects under construction, conversion, or renovation will not be used for establishing the Government's base taxes.*"

The parking garage was built in 2003 and as per the tax adjustment clauses cited above the base year which we used to calculate the real estate tax escalations were incorrect. Partial assessments for newly constructed projects will not be used for establishing the Government's base taxes.

The Government paid you in error for real estate tax escalations for tax years 2002 and 2003 as follows:

| | |
|---|---|
| 2002 | $ 2,087.72 |
| 2003 | $ 18,582.58 |
| Total Paid | $ 20,670.30 |

**EXHIBIT A**

U.S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, NY 10278
www.gsa.gov

The Government does not benefit from the newly constructed parking garage and there should be a subdivision to part those structures into their own block and lot numbers for tax escalation purposes. The parking garage increased the assessment of the property by more than 50%. In order for GSA to consider maintaining the base year as tax year 2001, the office building must have its own block and lot numbers separate from the parking garage.

Please contact me within 30 days to discuss repayment to GSA of $20,670.30.

All inquires regarding real estate tax matters should be sent to the following address:

General Services Administration
Account Management Division
Attn: 2PGR, Room 16-100
26 Federal Plaza
New York, NY 10278

If you have any questions, please contact me at (212) 264-6754. My fax number is (212) 265-9400.

Sincerely,

John Sparozic
Financial Analyst
Account Management Division