GSA

GSA Northeast and Caribbean Region

Re: Real Estate Taxes
111 Wood Avenue South
Iselin, NJ 08830
GS-02B-23116

0 1 SEP 2006

Metrotop Plaza Associates
Ivan Sobel
90 Woodbridge Center Drive
Woodbridge, NJ 07095

Dear Mr. Sobel,

Reference our letter dated July 27, 2006. As of today, we have not heard from you concerning re-payment to the Government. This is the final letter GSA is sending you regarding this claim. This claim has been reviewed and is valid.

Here is a reiteration of the matter:

1) We performed an audit of the referenced lease which revealed that a parking garage was built on the property's site with the same block and lot numbers as the original structure subject to the lease.

2) The parking garage was built in 2003 and as per the tax adjustment clauses 3.3.b and 3.3.d of our lease the base year which we used to calculate the real estate tax escalations were incorrect. Partial assessments for newly constructed projects will not be used for establishing the Government's base taxes.

3) The Government does not benefit from the newly constructed parking garage and there should be a subdivision to part those structures into their own block and lot numbers for tax escalation purposes.

The Government paid you in error for real estate tax escalations for tax years 2002 and 2003 in the sum of $20,670.30.

**EXHIBIT B**

U.S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, NY 10278
www.gsa.gov

*This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.*

I ask that you review this information and get back to me within sixty days to arrange repayment to GSA. If you prefer, you may submit a check in the full amount made payable to the General Services Administration.

All inquiries regarding this matter should be sent to the following address:

General Services Administration
Realty Services Division
Administrative and Technical Support Branch
Attn: 2PGR, Room 16-100
26 Federal Plaza
New York, NY 10278

Please contact me at (212) 264-4083. My fax number is (212) 264-9400.

Sincerely,

Evanthia Campione,
Contracting Officer