LASSER HOCHMAN, L.L.C.
ATTORNEYS AT LAW
75 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
TELECOPIER (973) 226-0844

September 14, 2006

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS >
DAVID SILVER
BRUCE H. SNYDER
JODI LEE ALPER*
RICHARD C. STEWART#
JOHN R. WENZKE*
HELANE A. KIPNEES
MARYJANE D. COWELL>
DINAH E. HENDON
EVAN A. SHOWELL☐
GREGORY P. KONZELMAN*
LAUREN A. RAMP*

RETIRED - IRVING C. MARCUS
OF COUNSEL - H. LEE SAROKIN
AARON LASSER (1895-1970)
B. WILLIAM HOCHMAN (1933-1983)

*N.J. AND N.Y. BARS
>N.J. AND PA. BARS
#N.J., N.Y AND D.C. BARS
☐N. J. AND D.C. BARS

**Via Fax (212-265-9400)and Regular Mail**

Mr. John Sparozic
Financial Analyst
Account Management Division
U.S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, NY 10278

Re: **Real Estate Taxes for**
**111 Wood Avenue South,**
**Iselin, New Jersey 08830**
**(Lease No. GS-02B-23116)**

Dear Mr. Sparozic:

Please be advised that this office represents Metrotop Plaza Associates with respect to the existing lease at the above referenced 111 Wood Avenue South, Iselin, New Jersey. We have reviewed your letter to our client dated July 27, 2006 with respect to your purported overpayment of real estate taxes.

In response, please be advised that the provisions of your lease with our client obligate you to pay your proportionate share of the real estate property tax increases assessed against "the land upon which the [b]uilding is located". This includes any real estate tax increases assessed as a result of any constructed improvements having taken place upon the land. The base year taxes were determined based upon the fully assessed value of the property at the time. They were not determined based upon a partial assessment for a newly constructed project. As a result, you are obligated to pay for your proportionate share of the real estate property tax increases assessed as a result of the

**EXHIBIT C**

687

construction of the parking garage at issue, which parking garage was constructed on "the land upon which the [b]uilding is located".

Therefore, it is our client's position that your request for reimbursement of the real estate tax escalations paid by you and set forth in your letter is without merit.

Very truly yours,

RICHARD C. STEWART

RCS:am
Cc:Frema Sobel via facsimile

P:Docs\SEC\SA\LettertoGSA