**LASSER HOCHMAN, L.L.C.**
**75 Eisenhower Parkway**
**Roseland, New Jersey 07068**
**(973) 226-2700 (Telephone)**
**(973) 226-0844 (Facsimile)**

TELEFACSIMILE TRANSMISSION

DATE: February 15, 2007

TO: Evanthia Campione, Contracting Officer

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page): 4

Re: Metrotop Plaza Associates

CLIENT FILE NO.:

**COMMENTS:** Per my conversation

Please call our main number: (973) 226-2700 if the above is not received as described.

CONFIDENTIALITY NOTE

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may be legally privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

**EXHIBIT D**

**Statement**

Account: mtop - 103 - mlgsa

Date: 01/25/07

**LEASE:GS-02B-23116 GENERAL SVCS ADMINIST**
**26 FEDERAL PLAZA - ROOM 16-100**
**NEW YORK, NY 10278**

Payment: ____________

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 05/11/04 | REAL EST.TAX 1ST HALF 2004 | 9,626.13 | | 9,626.13 |
| 06/16/04 | CONSTRUCTION REIMBURSEMENT-INSTALL WI | 452.35 | | 10,078.48 |
| 01/17/05 | REAL EST.TAX 2ND HALF 2004 | 10,738.30 | | 20,816.78 |
| 08/03/05 | REAL EST.TAX - 1ST HALF 2005 | 9,579.19 | | 30,395.97 |
| 12/01/05 | REAL EST.TAX 3RD & 4TH QUARTER | 13,066.62 | | 43,462.59 |
| 11/29/06 | REAL EST.TAX -2nd HALF 2006 | 14,477.65 | | 57,940.24 |
| 11/30/06 | REAL EST.TAX FIRST HALF 2006 | 10,703.03 | | 68,643.27 |
| 01/01/07 | COMM.RENTAL INC. (01/2007) | 31,093.17 | | 99,736.44 |
| 01/01/07 | CLEANING (01/2007) | 400.80 | | 100,137.24 |
| 01/01/07 | Electric - Tenant (01/2007) | 1,113.34 | | 101,250.58 |
| 01/01/07 | HVAC (01/2007) | 127.75 | | 101,378.33 |
| 02/01/07 | COMM.RENTAL INC. (02/2007) | 31,093.17 | | 132,471.50 |
| 02/01/07 | CLEANING (02/2007) | 400.80 | | 132,872.30 |
| 02/01/07 | Electric - Tenant (02/2007) | 1,113.34 | | 133,985.64 |
| 02/01/07 | HVAC (02/2007) | 127.75 | | 134,113.39 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 32,735.06 | 25,180.68 | 0.00 | 43,462.59 | 134,113.39 |

* * * TRANS[illegible]SSION RESULT REPORT ( FEB.15.2007 [illegible]:11PM ) * * *

TTI LASSER HOCHMAN LLC

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| FEB.15. | 4:10PM | 12122649400 | TES | 0'44" | P. 4 | OK | | 692 |

# : BATCH
L : SEND LATER
S : STANDARD
C : CONFIDENTIAL
@ : FORWARDING
D : DETAIL
P : POLLING
E : ECM
F : FINE
M : MEMORY
> : REDUCTION