**LASSER HOCHMAN, L.L.C.**
**75 Eisenhower Parkway**
**Roseland, New Jersey 07068**
**(973) 226-2700 (Telephone)**
**(973) 226-0844 (Facsimile)**

TELEFACSIMILE TRANSMISSION

DATE: March 12, 2007

TO: Evanthia Campione, Contracting Officer

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page):

Re: Real Estate Taxes for 111Wood Avenue South, Iselin, NJ
Lease No. GS-02B23116

CLIENT FILE NO.:

**COMMENTS:** Per our conversation - our letter of September 14, 2006.

Please call our main number: (973) 226-2700 if the above is not received as described.

CONFIDENTIALITY NOTE

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may be legally privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

**EXHIBIT E**

TRANSMISSION VERIFICATION REPORT

TIME : 03/12/2007 04:08
NAME : LASSER HOCHMAN
FAX : 9732263081
TEL :
SER.# : BROA5J207081

| | |
|---|---|
| DATE,TIME | 03/12 04:07 |
| FAX NO./NAME | 12122649400 |
| DURATION | 00:00:24 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD ECM |

**LASSER HOCHMAN, L.L.C.**
**75 Eisenhower Parkway**
**Roseland, New Jersey 07068**
**(973) 226-2700 (Telephone)**
**(973) 226-0844 (Facsimile)**

TELEFACSIMILE TRANSMISSION

DATE: March 12, 2007

TO: Evanthia Campione, Contracting Officer

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page):

Re: Real Estate Taxes for 111Wood Avenue South, Iselin, NJ
Lease No. GS-02B23116

CLIENT FILE NO.:

**COMMENTS:** Per our conversation - our letter of September 14, 2006.