LASSER HOCHMAN, L.L.C.
ATTORNEYS AT LAW
75 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
TELECOPIER (973) 226-0844

dhendon@lasserhochman.com

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS >
DAVID SILVER
BRUCE H. SNYDER
JODI LEE ALPER*
RICHARD C. STEWART#
JOHN R. WENZKE*
HELANE A. KIPNEES
MARYJANE D. COWELL>
DINAH E. HENDON
EVAN A. SHOWELL☐
GREGORY P. KONZELMAN*
LAUREN A. CARNEVALE*

RETIRED - IRVING C. MARCUS
OF COUNSEL - H. LEE SAROKIN
AARON LASSER (1895-1970)
B. WILLIAM HOCHMAN (1933-1983)

*N.J. AND N.Y. BARS
>N.J. AND PA. BARS
#N.J., N.Y AND D.C. BARS
☐N. J. AND D.C. BARS

April 12, 2007

**VIA FAX 212-264-9400**
Evanthia Campione, Contracting Officer
General Services Administration
Realty Services Division
Administrative and Technical Support Branch
Attn: 2PGR, Room 16-100
26 Federal Plaza
New York, New York 10278

RE: Real Estate Taxes for 111 Wood Avenue South, Iselin, NJ
Lease No. GS-02B23116

Dear Ms. Campione:

I have left several messages with regard to the above-referenced matter. On February 15, 2007 I faxed over to you a copy of a ledger showing the outstanding real estate taxes on the above property. Please call me upon receipt of this letter to advise as to the status of the payment of these outstanding taxes. If I do not hear from you by Monday, April 16, 2007, I will have no alternative but to pursue our remedies pursuant to the lease agreement.

I thank you for your attention to this matter.

Very truly yours,

DINAH E. HENDON

DEH/lh

**EXHIBIT F**

**VIA FAX 212-264-9400**

Evanthia Campione, Contracting Officer
General Services Administration
Realty Services Division
Administrative and Technical Support Branch
Attn: 2PGR, Room 16-100
26 Federal Plaza
New York, New York 10278

RE: Real Estate Taxes for 111 Wood Avenue South, Iselin, NJ
Lease No. GS-02B23116

Dear Ms. Campione:

I have left several messages with regard to the above-referenced matter. On February 15, 2007 I faxed over to you a copy of a ledger showing the outstanding real estate taxes on the above property. Please call me upon receipt of this letter to advise as to the status of the payment of these outstanding taxes. If I do not hear from you by Monday, April 16, 2007, I will have no alternative but to pursue our remedies pursuant to the lease agreement.

I thank you for your attention to this matter.

Very truly yours,

DINAH E. HENDON

DEH/lh

TRANSMISSION VERIFICATION REPORT

TIME : 04/12/2007 12:33
NAME : LASSER HOCHMAN
FAX : 9732263081
TEL :
SER.# : BROA5J207081

| | |
|---|---|
| DATE,TIME | 04/12 12:33 |
| FAX NO./NAME | 12122649400 |
| DURATION | 00:00:14 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |