**LASSER HOCHMAN, L.L.C.**
**75 Eisenhower Parkway**
**Roseland, New Jersey 07068**
**(973) 226-2700 (Telephone)**
**(973) 226-0844 (Facsimile)**

TELEFACSIMILE TRANSMISSION

DATE: July 19, 2007

TO: Eugene Saxon, Financial Analyst
John Sparozic, Financial Analyst

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page): 3

Re: Metrotop Plaza Associates

CLIENT FILE NO.:

**COMMENTS:**

Please call our main number: (973) 226-2700 if the above is not received as described.

CONFIDENTIALITY NOTE

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may be legally privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

**EXHIBIT H**

LASSER HOCHMAN, L.L.C.
ATTORNEYS AT LAW
75 EISENHOWER PARKWAY - SUITE NO. 120
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
TELECOPIER (973) 226-0844

RETIRED - IRVING C. MARCUS
OF COUNSEL - H. LEE SAROKIN
AARON LASSER (1895-1970)
B. WILLIAM HOCHMAN (1933-1983)

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS >
DAVID SILVER
BRUCE H. SNYDER
JODI LEE ALPER*
RICHARD C. STEWART#
JOHN R. WENZKE*
HELANE A. KIPNEES
MARYJANE D. COWELL>
DINAH E. HENDON
EVAN A. SHOWELL□
GREGORY P. KONZELMAN*
LAUREN A. CARNEVALE*
RYAN M. BUEHLER

dhendon@lasserhochman.com

*N.J. AND N.Y. BARS
>N.J. AND PA. BARS
#N.J., N.Y AND D.C. BARS
□N. J. AND D.C. BARS


July 19, 2007

**VIA FAX 212-264-9400**
Mr. Eugene Saxon, Financial Analyst
Account Management Division
U.S. General Services Administration
Attn: 2PGR, Room 16-0100
Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

RE: Real Estate Taxes for 111 Wood Avenue South, Iselin, NJ
Lease No. GS-02B23116

Dear Mr. Saxon:

This will confirm our conversation of earlier today in which I again requested information as to the government's position regarding their failure to pay real estate taxes as provided in their lease for the above-referenced property. You were unable to give me any information at this time. You said that this matter is now in the hands of your legal department. You could not or would not give me the name of anyone in the legal department with whom I could speak. You said that you or John Sparozic were the only people with whom I could speak and that you were better versed in the status of this matter than Mr. Sparozic, although, you could not tell me at this time what the status is. You indicated that you would look into this and call me back by this afternoon. It is now after 4:30 p.m. and I have not heard from you.

This matter began in July 2006 at which time the GSA wrote to my client and indicated it would be taking a credit of $20,670.30 for what it perceived was an overpayment of real estate taxes. My client disputed this and on September 1, 2006 the GSA again wrote a letter to my client restating its intention to take a credit of $20,670.30. Since that time, not only has the GSA taken a credit of $20,670.30, but it has refused to pay any of the real estate taxes billed per the Lease Agreement.

I have been in touch with your office via fax and telephone calls many times over the past months. My file reflects faxes of correspondence to Evanthia Campione on February 15, March 12 and April 12, 2007 (in between these transmittals I spoke with Ms. Campione several times); a conversation and fax to John Sparozic on May 29, 2007 and a conversation with you on June 6, 2007.

If I do not hear from you by Monday, July 23, 2007 and we cannot work out a suitable resolution of this matter, I will proceed to protect my client's rights by taking all action permitted to the landlord pursuant to the Lease Agreement.

Very truly yours,

Dinah E. Hendon

DINAH E. HENDON

DEH/lh
cc: Metro Top Plaza Associates (via fax)
John Sparozic, Financial Analyst (via fax)

TRANSMISSION VERIFICATION REPORT

TIME : 07/19/2007 16:48
NAME : LASSER HOCHMAN
FAX : 9732263081
TEL :
SER.# : BROA5J207081

| | |
|---|---|
| DATE,TIME | 07/19 16:48 |
| FAX NO./NAME | 12122649400 |
| DURATION | 00:00:27 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TO: John Sparozic, Financial Analyst

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page): 3

Re: Metrotop Plaza Associates

CLIENT FILE NO.:

COMMENTS:

Please call our main number: (973) 226-2700 if the above is not received as described.

CONFIDENTIALITY NOTE

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may be legally privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

TRANSMISSION VERIFICATION REPORT

TIME : 07/19/2007 16:51
NAME : LASSER HOCHMAN
FAX : 9732263081
TEL :
SER.# : BROA5J207081

| | |
|---|---|
| DATE,TIME | 07/19 16:51 |
| FAX NO./NAME | 12122649400 |
| DURATION | 00:00:26 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TO: John Sparozic, Financial Analyst

FROM: Dinah E. Hendon, Esq.

TELEFAX NUMBER: 212-264-9400

Number of Pages (including this page): 3

Re: Metrotop Plaza Associates

CLIENT FILE NO.:

COMMENTS:

Please call our main number: (973) 226-2700 if the above is not received as described.

CONFIDENTIALITY NOTE

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may be legally privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.