GSA

GSA Northeast & Caribbean Region

July 26, 2007

**Via Federal Express**

Dinah E. Hendon, Esq.
Lasser Hochman, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068

RE: Real Estate Taxes for 111 Woodlawn Avenue South, Iselin, NJ
Lease No. GS-02B-23116

Dear Ms. Hendon:

As I indicated to you in our conversation today, GSA will transmit a letter to you next week proposing a settlement of the dispute in the above captioned matter. The gist of the proposal will be that 2001 shall remain the base year for calculating real estate tax escalations, but that the Government's percentage of occupancy shall be amended for years 2003 and thereafter to reflect the addition of the parking garage to the initial premises leased by the Government.

In accordance with our conversation, I hereby agree, on behalf of GSA, that if we have been unable to execute a supplemental lease agreement resolving this matter by September 5, 2007, that the time for Metrotop Plaza Associates to appeal the final contracting officer's decision of Evanthia Campione dated September 1, 2006 shall be deemed extended to December 5, 2007 without any additional action or writing by your client.

I look forward to working with you to expeditiously resolve this matter. If you have any questions or comments please call me at (212) 264-8335.

Sincerely,

Mark S. Johnson
Assistant Regional Counsel

**EXHIBIT I**

U.S. General Services Administration
26 Federal Plaza
New York, NY 10278
www.gsa.gov