GSA®

GSA Northeast and Caribbean Region

21 AUG 2007

Re: Real Estate Taxes
111 Wood Avenue South
Iselin, NJ 08330
GS-02B-23116

Metrotop Plaza Associates
Ivan Sobel
90 Woodbridge Center Drive
Woodbridge, NJ 07095

Dear Mr. Sobel,

Tax Adjustment Clause 3.3 Subparagraph of the lease (c) states in part: *"The term 'full assessment' as referred to in this clause means the taxing jurisdiction has considered all contemplated improvements to the assessed property in the valuation of the same*." The Base Year for tax escalation was established as 2001. This was based on the understanding that the property was fully assessed. However, with the construction of the parking garage, a major improvement to the property, in 2002, Woodbridge Township reassessed the property and the first full year of the new assessment became 2004. Based on the Tax Clause cited above it is our position that partial assessments for newly constructed projects should not be used for establishing the Government's base taxes. Therefore, a new base year should be established. However, in the interest of resolving this matter, the Government will allow the 2001 tax year and amounts to be used as the base for tax adjustments.

Paragraph 24 on page 4 of the lease identifies the property to be subject to adjustments as *"Block 356, Lot 11C, Woodbridge Township, New Jersey*." The occupancy percentage for the purposes of real estate tax adjustment was established at 12.63% of the property. However, this occupancy percentage was based on the total rentable square footage of the property at 84,620 in the commencement year of 2001. Upon completion of the parking garage located on the property in October of 2002, an additional 213,012 of rentable square footage was assessed for real estate taxes. This information was stated in the Appraisal Assessment Report used by the office of the Tax Assessor, Township of Woodbridge to determine the new assessment value of the property and subsequent increases in taxes. Based on the new total rentable square footage of the property at 297,632, the new occupancy percentage of the leased premises is 3.59% effective the third quarter of the 2003 tax year. The revised percentage of Government occupancy is

RECEIVED
AUG 22 2007
BY:

U.S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, NY 10278
www.gsa.gov

EXHIBIT J

based on the Tax Adjustment Clause 3.3 Subparagraph (f) that states: *"The Government shall pay its share of tax increases or receive its share of any tax decrease based on the ratio of the rentable square feet occupied by the Government to the total rentable square feet in the building or complex (percentage of occupancy)....This percentage shall be subject to adjustment to take into account additions or reductions of the amount of space as may be contemplated in the lease or amendments hereto."*

Attached is a worksheet that reflects the calculation and recalculation for the tax years 2003 through 2006. The Government will also grant one-time waivers for the processing and payment of the 2004 and 2005 tax adjustments. The tax receipts required for these adjustments were not submitted in accordance with the provisions of the Tax Clause in the Lease. Subparagraph (*e*) Section (1) of the clause states: *"The Government shall be responsible for payment of any tax increase over the base year taxes only if proper invoice and evidence of payment is submitted by the Lessor within sixty (60) calendar days after the tax payment is due from the Lessor to the taxing authority."*

The 2003 recalculations and the 2004, 2005, 2006 adjustments resulted in net a payment due of $7,675.99. I ask that you review this information and sign in concurrence of our resolution to this matter. Upon return of the Statement of Concurrence, the Government will make a one-time lump-sum payment of the amount due within 30-days.

Please reference lease number GS-02B-23116 in all future correspondences, so that we may expedite the processing of your claim. Moreover, all inquires regarding real estate tax matters should be sent to the following address:

General Services Administration
Account Management Division
Attn: 2PG, Room 16-100
26 Federal Plaza
New York, NY 10278

If you have any questions, please contact me at (212) 264-4083 or by fax at (212) 264-9400.

Sincerely,

Evanthia Campione

Evanthia Campione
Contracting Officer
Account Management Division

cc: Lasser Hochman, L.L.C.