LASSER HOCHMAN, L.L.C.
ATTORNEYS AT LAW
75 EISENHOWER PARKWAY - SUITE NO. 120
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
TELECOPIER (973) 226-0844

RETIRED - IRVING C. MARCUS
OF COUNSEL - H. LEE SAROKIN
AARON LASSER (1895-1970)
B. WILLIAM HOCHMAN (1933-1983)

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS >
DAVID SILVER
BRUCE H. SNYDER
JODI LEE ALPER*
RICHARD C. STEWART#
JOHN R. WENZKE*
HELANE A. KIPNEES
MARYJANE D. COWELL>
DINAH E. HENDON
EVAN A. SHOWELL☐
GREGORY P. KONZELMAN*
LAUREN A. CARNEVALE*
RYAN M. BUEHLER

*N.J. AND N.Y. BARS
>N.J. AND PA. BARS
#N.J., N.Y AND D.C. BARS
☐N. J. AND D.C. BARS

October 30, 2007

***Certified Mail, R.R.R. and Regular Mail***
Ms. Evanthia Campione
Contracting Officer
Account Management Division
U. S. General Services Administration
Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

RE: Lease for Real Property, dated August 23, 2000, between
Metrotop Plaza Associates (Landlord)
and United States of America (Tenant)
Lease No. GS-02B-23116
Building No. NJ4600ZZ
Premises: 111 Wood Avenue South
Iselin, New Jersey 08330

Dear Ms. Campione:

This office represents Metrotop Plaza Associates (hereinafter "Metrotop"), the landlord under the Lease for Real Property (hereinafter "LRP") referred to above.

Pursuant to and in accordance with paragraph 36 of the General Clauses (GSA Form 3517B) attached to the LRP, Metrotop asserts a claim against the USA in the amount of $114,772.34, which said amount is itemized hereinafter. In addition to the $114,772.34, Metrotop is also asserting a claim for interest on the $114,772.34 pursuant to paragraph 22(c) of the General Clauses and/or 41 U.S.C. §611.

The claim relates to unpaid real estate taxes. According to paragraph 3.3(e)(1) on page 8 of

EXHIBIT B

the LRP,

> The Government shall make a single lump sum payment to the Lessor for its share of any increase in real estate taxes during the lease term over the amount established as the base year taxes * * *. The amount of lump sum payment * * * shall be based upon evidence of valuation and payment submitted by the Lessor to the Contracting Officer in accordance with paragraph (d).
>
> (1) In the event of an increase in taxes over the base year, the Lessor shall submit a proper invoice of the tax adjustment including the calculation thereof together with evidence of payment to the Contracting Officer. The Government shall be responsible for payment of any tax increase over the base year taxes only if proper invoice and evidence of payment is submitted by the Lessor within sixty (60) calendar days after the date the tax payment is due from the Lessor to the taxing authority. The due date for making payment shall be the thirtieth (30th) calendar day after the anniversary date of this lease, whichever is later.

The base year was 2001, and the base year taxes imposed by the municipality on the tax lot and building were $213,720.00. For tax years 2003 through 2007, the real estate taxes imposed against the land and building were as follows:

| Tax Year | Real Estate Taxes |
|---|---|
| 2003 | $360,850.39 |
| 2004 | $374,958.56 |
| 2005 | $393,021.74 |
| 2006 | $413,091.94 |
| 2007 | $435,405.28 |

In compliance with the LRP, all required documentation supporting these tax amounts and Metrotop's payment thereof were previously submitted to you. Another copy of the tax bills is enclosed.

The government's share of these tax increases (12.63% per paragraph 23 on page 4 of the LRP) is itemized as follows:

| Tax Year | Real Estate Taxes | Base Year Taxes | Difference | 12.63% of Difference |
|---|---|---|---|---|
| 2003 | $360,850.39 | $213,720.00 | $147,130.39 | $ 18,582.57 |
| 2004 | $374,958.56 | $213,720.00 | $161,238.56 | $ 20,364.43 |
| 2005 | $393,021.74 | $213,720.00 | $179,301.74 | $ 22,645.81 |
| 2006 | $413,091.94 | $213,720.00 | $199,371.94 | $ 25,180.68 |
| 2007 | $435,405.28 | $213,720.00 | $221,685.28 | $ 27,998.85 |
| | | | | $114,772.34 |

We are aware, based upon your prior correspondence dated July 27, 2006 and September 1, 2006, that it is the government's position that "the base year which we used to calculate the real estate tax escalations were incorrect." The base year taxes, according to paragraph 3.3(b) on page 7 of the LRP, were $213,720.00, and to the extent that the government disagrees that this is the amount of the base year taxes, Metrotop seeks an interpretation of the LRP as part of the within claim.

We are also aware that, by letter dated August 21, 2007, in reliance upon paragraph 3.3(c) on page 7 of the LRP, you contend that the tax block and lot were not "fully assessed" in 2001 and that, consistent with the language in this paragraph, "[p]artial assessments for newly constructed projects or for projects under construction, conversion, or renovation will not be used for establishing the Government's base taxes." The fact of the matter is, however, that the property in question was fully assessed in 2001, and that no partial assessment was used for establishing the base year taxes of $213,720.00. As part of its claim, Metrotop seeks an interpretation of the LRP to this effect in light of the facts as they existed in 2001.

In your letter dated August 21, 2007, you also maintain that the establishment of the real estate tax adjustment rate at 12.63% was "based on the total rentable square footage of the property at 84,620 in the commencement year of 2001." This amount of 84,620 may or may not be precisely correct, but what is true is that, according to paragraph 23 on page 4 of the LRP,

> [f]or the purpose of Real Estate Tax Adjustments as set forth in Paragraph 3.3 of this Lease, the Government is deemed to occupy 12.63%of the tax lot and building. (Emphasis added).

You also state in your letter of August 21, 2007 that with the construction of the parking garage that you allege contains 213,012 square feet, this had the effect of reducing the government's real estate tax adjustment rate from 12.63% to 3.59%. Metrotop disagrees, and as part of its claim, the landlord seeks an interpretation of the LRP that the construction of the parking garage on lot 11.C in block 356 did not add, in the words of paragraph 3.3(f) on page 8 of the LRP, "rentable square feet in the building or complex", and that, notwithstanding the construction of the parking garage, the government's real estate tax adjustment rate remains at 12.63%, that the base year taxes are still $213,720.00, and that the amount due, owing and payable on account of increased real estate taxes should be calculated based upon the annual real estate taxes imposed by the municipality on the lot and block in question.

Consistent with the requirements of paragraph 36(d) of the General Clauses and 41 U.S.C. §605(c)(1), a certification from Metrotop accompanies this claim.

We trust that you will timely respond to this claim.

Very truly yours,

RICHARD L. ZUCKER

RLZ/sms
Encls.

**CERTIFICATION**

IVAN SOBEL, of full age, certifies as follows:

1. I am authorized to certify on behalf of Metrotop Plaza Associates the claim described in the October 26, 2007 letter from Richard L. Zucker to Ms. Evanthia Campione.

2. The claim is made in good faith, the supporting data are accurate and complete to the best of my knowledge and belief, and the amount requested accurately reflects the contract adjustment for which Metrotop Plaza Associates believes the Government is liable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

IVAN SOBEL

Dated: October 29, 2007

## 2003 1st Quarter / 2nd Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 109110

| 1ST QTR DUE FEB 1, 2003 | 2ND QTR DUE MAY 1, 2003 |
|---|---|
| 62250.32 | 62250.32 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6879 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CEN DR 6FL
WOODBRIDGE NJ 07095-1142

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | | 27,872.43 |
| 1st Half Requirement | | |
| Non-Municipal Taxes | | 96,628.21 |
| 1st Half Requirement | | |
| Total 1st Half Taxes | | 124,500.64 |
| Net 1st Half Taxes Due | | 124,500.64 |

0-8D9E8C

### ***NOTICE TO ALL TAXPAYERS***

* DISTRIBUTION OF TAXES *

Non-Municipal Taxes
$96,628.21 77.61%

Municipal Tax
$27,872.43 22.39%

* Woodbridge Township did not participate in REAP due to the Administrative Costs.

Delinquent taxes or sewer bills as of May 11, 2003 are subject to a Tax Sale in June.

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes:

| | |
|---|---|
| Municipal Aid | $31,889,755 |
| REAP Tax Credit | * |
| School Dist(s) Aid | $22,516,469 |
| REAP Tax Credit | * |
| County Aid | $4,378,701 |
| REAP Tax Credit | ------------ |

**2003 3rd Quarter / 4th Quarter TAX BILL**

**TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY**

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 3RD QTR DUE AUG 1, 2003 | 4TH QTR DUE NOV 1, 2003 |
|---|---|
| 118174.88 | 118174.87 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6471 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | 1.181 | 69,714.43 |
| Less Previous Gross Tax | | 27,872.43- |
| Balance of Municipal Tax | | 41,842.00 |
| Non-Municipal Tax | | |
| County Tax | .806 | 47,578.18 |
| Board of Education | 3.794 | 223,959.82 |
| Open Space Fund | .069 | 4,073.07 |
| FIRE DISTRICT 9 | .263 | 15,524.89 |
| Total Non-Municipal Tax | | 291,135.96 |
| Less Previous Gross Tax | | 96,628.21- |
| Balance Non-Municipal Tax | | 194,507.75 |
| Total Tax | | 236,349.75 |
| Balance of Taxes Due | | 236,349.75 |

0-8D9E8C

***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

Non-Municipal Taxes
$51,651.25 14.31%

School Tax
$223,959.82 62.06%
Board of Education
732-750-3200

Municipal Tax
$69,714.43 19.32%

Special Tax Dist(s)
$15,524.89 4.30%
F09 732-283-3636

MTOP
5447-
5100

ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 2,182,000 |
| Improvements | 3,721,000 |
| Total | 5,903,000 |
| Exemptions | |
| Net Value | 5,903,000 |

PLEASE BE ADVISED:
The Tax and Sewer Offices are located at One Main St., Woodbridge, NJ on the 1st Floor. Office hours are: 8:30am-4:30pm. Bills can be mailed to:
The Township of Woodbridge
PO Box 5004
Woodbridge, NJ 07095-5004

## 2004 1st Quarter / 2nd Quarter TAX BILL

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC 211 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 1ST QTR DUE FEB. 1, 2004 | 2ND QTR DUE MAY 1, 2004 |
|---|---|
| 91538.19 | 91538.18 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6556 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax 1st Half Requirement | | 37,129.91 |
| Non-Municipal Taxes 1st Half Requirement | | 145,946.46 |
| Total 1st Half Taxes | | 183,076.37 |
| Net 1st Half Taxes Due | | 183,076.37 |

MTOP
5447-5100

0-8D9E8C

***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

| | | |
|---|---|---|
| Non-Municipal Taxes | $145,946.46 | 79.72% |
| Municipal Tax | $37,129.91 | 20.28% |

P

* Woodbridge Township did not participate in REAP due to the Administrative Costs.
Delinquent taxes or sewer bills as of May 11, 2004 are subject to a Tax Sale in June.

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes:

| | |
|---|---|
| Municipal Aid | $32,274,776 |
| REAP Tax Credit | * |
| School Dist(s) Aid | $23,033,824 |
| REAP Tax Credit | * |
| County Aid | $6,482,258 |
| REAP Tax Credit | ------------ |

## 2004 3rd Quarter / 4th Quarter TAX BILL

TOWNSHIP WOODBRIDGE - MIDDLESEX COUNTY

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 3RD QTR DUE AUG 1, 2004 | 4TH QTR DUE NOV 1, 2004 |
|---|---|
| 95941.10 | 95941.09 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6236 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | 1.282 | 75,676.46 |
| Less Previous Gross Tax | | 37,129.91- |
| Balance of Municipal Tax | | 38,546.55 |
| Non-Municipal Tax | | |
| County Tax | .798 | 47,105.94 |
| Board of Education | 3.934 | 232,224.02 |
| Open Space Fund | .076 | 4,486.28 |
| FIRE DISTRICT 9 | .262 | 15,465.86 |
| Total Non-Municipal Tax | | 299,282.10 |
| Less Previous Gross Tax | | 145,946.46- |
| Balance Non-Municipal Tax | | 153,335.64 |
| Total Tax | | 191,882.19 |
| Balance of Taxes Due | | 191,882.19 |

0-8D9E8C

### ***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

Non-Municipal Taxes
$51,592.22 13.76%

School Tax
$232,224.02 61.93%
Board of Education
732-750-3200

Municipal Tax
$75,676.46 20.18%

Special Tax Dist(s)
$15,465.86 4.12%
F09 732-283-3636

ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 2,182,000 |
| Improvements | 3,721,000 |
| Total | 5,903,000 |
| Exemptions | |
| Net Value | 5,903,000 |

PLEASE BE ADVISED:
The Tax and Sewer Offices are located at One Main Street, Woodbridge, NJ, on the 1st Floor Office hours are: 8:30am-4:30pm.

Also be advised that the Grace Period has been extended for the 3rd Quarter to August 31 ,2004.

## 2005 1st Quarter / 2nd Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC. 111 WOOD AVE S

BLDG. DESC. OFFICES

ADDITIONAL LOTS

LAND DESC. 10.9110

| 1ST QTR DUE FEB 1, 2005 | 2ND QTR DUE MAY 1, 2005 |
|---|---|
| 91352.36 | 91352.35 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6360 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TA |
|---|---|---|
| Municipal Tax 1st Half Requirement | | 34,440.36 |
| Non-Municipal Taxes 1st Half Requirement | | 148,264.35 |
| Total 1st Half Taxes | | 182,704.71 |
| Net 1st Half Taxes Due | | 182,704.71 |

0-8D9E8C

***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

| | | |
|---|---|---|
| Non-Municipal Taxes | $148,264.35 | 81.15% |
| Municipal Tax | $34,440.36 | 18.85% |

Grace Period has been extended until February 28, 2005.
Delinquent taxes or sewer bills as of May 11, 2005 are subject to Tax Sale in June.
Twsp did not participate in REAP

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes:

| | |
|---|---|
| Municipal Aid | $32,619,958 |
| REAP Tax Credit | $0 |
| School Dist(s) Aid | $24,749,652 |
| REAP Tax Credit | $0 |
| County Aid | $5,886,619 |
| REAP Tax Credit | ------------ |

## 2005 3rd Quarter / 4th Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC 111 WOOD AVE S

BLDG. DESC. OFFICES

ADDITIONAL LOTS

LAND DESC. 10.9110

| 3RD QTR DUE AUG 1, 2005 | 4TH QTR DUE NOV 1, 2005 |
|---|---|
| 105158.52 | 105158.51 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6447 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF T/ |
|---|---|---|
| Municipal Tax | 1.282 | 75,676.46 |
| Less Previous Gross Tax | | 34,440.36- |
| Balance of Municipal Tax | | 41,236.10 |
| Non-Municipal Tax | | |
| County Tax | .818 | 48,286.54 |
| Board of Education | 4.205 | 248,221.15 |
| Open Space Fund | .085 | 5,017.55 |
| FIRE DISTRICT 9 | .268 | 15,820.04 |
| Total Non-Municipal Tax | | 317,345.28 |
| Less Previous Gross Tax | | 148,264.35- |
| Balance Non-Municipal Tax | | 169,080.93 |
| Total Tax | | 210,317.03 |
| Balance of Taxes Due | | 210,317.03 |

0-8D9E8C

***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

Non-Municipal Taxes
$53,304.09 13.56%

School Tax
$248,221.15 63.16%
Board of Education
732-750-3200

Municipal Tax
$75,676.46 19.26%

Special Tax Dist(s)
$15,820.04 4.03%
F09 732-283-3636

ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 2,182,000 |
| Improvements | 3,721,000 |
| Total | 5,903,000 |
| Exemptions | |
| Net Value | 5,903,000 |

PLEASE BE ADVISED:
The Tax and Sewer Offices are located at One Main St., Woodbridge, NJ on the 1st Floor.
Our hours are: 8:30 am - 4:30 pm
You may mail your payment to:
Township of Woodbridge
PO Box 5004
Woodbridge, NJ 07095-5004

## 2006 1st Quarter / 2nd Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC. 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 1ST QTR DUE FEB 1, 2006 | 2ND QTR DUE MAY 1, 2006 |
|---|---|
| 95801.46 | 95801.45 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6552 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | | 34,167.92 |
| 1st Half Requirement | | |
| Non-Municipal Taxes | | 157,434.99 |
| 1st Half Requirement | | |
| Total 1st Half Taxes | | 191,602.91 |
| Net 1st Half Taxes Due | | 191,602.91 |

0-8D9E8C

### ***NOTICE TO ALL TAXPAYERS***

* DISTRIBUTION OF TAXES *

| | | |
|---|---|---|
| Non-Municipal Taxes | $157,434.99 | 82.17% |
| Municipal Tax | $34,167.92 | 17.83% |

State law now mandates that properties which are delinquent on Taxes or Sewer as of May 11, are subject to publication and a Tax Sale in June. Please be sure your account is in compliance."

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes:

| | |
|---|---|
| Municipal Aid | $32,818,276 |
| REAP Tax Credit | $0 |
| School Dist(s) Aid | $25,043,124 |
| REAP Tax Credit | $0 |
| County Aid | $6,609,875 |
| REAP Tax Credit | ------------ |

## 2006 3rd Quarter / 4th Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC. 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 3RD QTR DUE AUG 1, 2006 | 4TH QTR DUE NOV 1, 2006 |
|---|---|
| 110744.52 | 110744.51 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6619 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | 1.381 | 81,520.43 |
| Less Previous Gross Tax | | 34,167.92- |
| Balance of Municipal Tax | | 47,352.51 |
| Non-Municipal Tax | | |
| County Tax | .887 | 52,359.61 |
| Board of Education | 4.360 | 257,370.80 |
| Open Space Fund | .102 | 6,021.06 |
| FIRE DISTRICT 9 | .268 | 15,820.04 |
| Total Non-Municipal Tax | | 331,571.51 |
| Less Previous Gross Tax | | 157,434.99- |
| Balance Non-Municipal Tax | | 174,136.52 |
| Total Tax | | 221,489.03 |
| Balance of Taxes Due | | 221,489.03 |

0-8D9E8C

*****NOTICE TO ALL TAXPAYERS*****

▪ DISTRIBUTION OF TAXES ▪

County Tax
$58,380.67 14.13%

Board of Education
$257,370.80 62.30%

732-750-3200
Municipal Tax
$81,520.43 19.73%

Special Tax Dist(s)
$15,820.04 3.83%
F09 732-283-3636

ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 2,182,000 |
| Improvements | 3,721,000 |
| Total | 5,903,000 |
| Exemptions | |
| Net Value | 5,903,000 |

PLEASE BE ADVISED:
The Tax and Sewer Offices are located at One Main St., Woodbridge, NJ on the 1st Floor. Office hours are: 8:30am-4:30pm.

You may mail your payment to:
Township of Woodbridge
PO Box 5004
Woodbridge, NJ 07095-5004

## 2007 1st Quarter / 2nd Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
| --- | --- | --- |
| 356 | [illegible] | |

PROPERTY LOC. 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 1ST QTR DUE FEB 1, 2007 | 2ND QTR DUE MAY 1, 2007 |
| --- | --- |
| 101005.30 | 101005.30 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
| --- | --- | --- | --- |
| 40745705 | | | 6719 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
| --- | --- | --- |
| Municipal Tax | | 36,887.99 |
| 1st Half Requirement | | |
| Non-Municipal Taxes | | 165,122.61 |
| 1st Half Requirement | | |
| Total 1st Half Taxes | | 202,010.60 |
| Net 1st Half Taxes Due | | 202,010.60 |

0-SD9Z8C

### ***NOTICE TO ALL TAXPAYERS***

* DISTRIBUTION OF TAXES *

County Tax
$165,122.61 81.74%

Municipal Tax
$36,887.99 18.26%

"State law now mandates that properties which are delinquent on taxes or Sewer as of May 11, are subject to publication and a Tax Sale on June 18, 2007."
Feb. Taxes are due by 2/12/2007.

STATE AID USED TO OFFSET
LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes:

| | |
| --- | --- |
| Municipal Aid | $32,518,289 |
| REAP Tax Credit | N/A |
| School Dist(s) Aid | $25,043,124 |
| REAP Tax Credit | N/A |
| County Aid | $6,613,489 |
| REAP Tax Credit | N/A |

## Quarter / 4th Quarter TAX BILL

PROPERTY IDENTIFICATION

| BLOCK | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 356 | 11.C | |

PROPERTY LOC. 111 WOOD AVE S
BLDG. DESC. OFFICES
ADDITIONAL LOTS
LAND DESC. 10.9110

| 3RD QTR DUE AUG 1, 2007 | 4TH QTR DUE NOV 1, 2007 |
|---|---|
| 116697.34 | 116697.34 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 40745705 | | | 6743 |

ATLANTIC RLTY (METROTOP PLZ ASSOC)
or Current Owner
90 WOODBRIDGE CTR DR # 6F
WOODBRIDGE NJ 07095-1163

## TOWNSHIP OF WOODBRIDGE - MIDDLESEX COUNTY

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| Municipal Tax | 1.512 | 89,253.36 |
| Less Previous Gross Tax | | 36,887.99- |
| Balance of Municipal Tax | | 52,365.37 |
| Non-Municipal Tax | | |
| County Tax | .974 | 57,495.22 |
| Board of Education | 4.490 | 265,044.70 |
| Open Space Fund | .114 | 6,729.42 |
| FIRE DISTRICT 9 | .286 | 16,882.58 |
| Total Non-Municipal Tax | | 346,151.92 |
| Less Previous Gross Tax | | 165,122.61- |
| Balance Non-Municipal Tax | | 181,029.31 |
| Total Tax | | 233,394.68 |
| Balance of Taxes Due | | 233,394.68 |

PIN 0-8D9E8C

## ***NOTICE TO ALL TAXPAYERS***

■ DISTRIBUTION OF TAXES ■

County Tax
$64,224.64 14.75%

Board of Education
$265,044.70 60.87%

732-750-3200
Municipal Tax
$89,253.36 20.50%

Special Tax Dist(s)
$16,882.58 3.88%
F09 732-283-3636

ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 2,182,000 |
| Improvements | 3,721,000 |
| Total | 5,903,000 |
| Exemptions | |
| Net Value | 5,903,000 |

PLEASE BE ADVISED:
The Tax and Sewer Offices are located at One Main St., Woodbridge, NJ on the 1st Floor. Hours are 8:30 am - 4:30 pm. Tuesdays until 6:30 pm.
You may mail your payments to:
Township of Woodbridge
PO Box 5004
Woodbridge, NJ 07095-5004