7003 1010 0004 8908 9121

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Metrotop v. USA

Sent To: Evanthia Compione Contracting Officer
Street, Apt. No.; or PO Box No.: Acct. Mgmt. Div. US Gen Services Jacob K Javits' Federal Bldg.
City, State, ZIP+4: NY, NY 10278

PS Form 3800, June 2002 See Reverse for Instructions

**EXHIBIT C**