**Richard Zucker**

---

**From:** Richard Zucker
**Sent:** Thursday, December 13, 2007 3:58 PM
**To:** 'mark.johnson@gsa.gov'
**Subject:** Claim by Metrotop Plaza Associates against USA: Lease No. GS-02B-23116
**Attachments:** 4544_001.pdf

Dear Mr. Johnson,

Per your telephone request this afternoon, attached please find a copy of the October 30, 2007 letter that I sent to Evanthia Campione. The letter was sent via both regular mail and certified mail, return receipt requested. Although the receipt card has not been returned to us, neither envelope has been returned to us either. When we spoke, you told me that Ms. Campione had not received the letter.

Regardless, I look forward to hearing from you at your earliest convenience after you have had an opportunity to review the attached letter.

Richard Zucker

**EXHIBIT D**