**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| METROTOP PLAZA ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-811C |
| | ) | |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including June 23, 2008, within which to file a reply to plaintiff's response to our motion to dismiss. The reply is currently due June 9, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, Metrotop Plaza Associates ("Metrotop"), has no objection to this motion.

The enlargement is requested because defendant's counsel of record requires additional time to review plaintiff's 34-page response, coordinate the preparation of a reply with agency counsel, and to receive internal review of the reply especially since counsel of record is currently preparing for an argument scheduled before the United States Court of Appeals for the Federal Circuit on June 5, 2008 in Franklin v. Department of Treasury, Case No. 2008-3053.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 14-days, to and including June 23, 2008, within which to file a reply to plaintiff's response to our motion to dismiss

.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

May 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of May, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN