RICHARD L. ZUCKER, ESQ.
LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for Plaintiff Metrotop Plaza Associates

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

METROTOP PLAZA ASSOCIATES,

Plaintiff,

-vs-

No. 07-811C

UNITED STATES OF AMERICA,

(Judge John P. Wiese)

Defendant.

**NOTICE OF MOTION FOR LEAVE TO SERVE AND FILE SECOND SUPPLEMENTAL COMPLAINT**

TO: Dawn E. Goodman, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

PLEASE TAKE NOTICE that the undersigned, attorneys for plaintiff Metrotop Plaza Associates, hereby move before the United States Court of Federal Claims for an order granting leave to plaintiff Metrotop Plaza Associates to serve and file a second supplemental complaint pursuant to and in accordance with Rule 15(d) of the Rules of the United States Court of Federal Claims.

PLEASE TAKE FURTHER NOTICE that in support thereof, the undersigned shall reply upon the certification of Richard L. Zucker served herewith.

PLEASE TAKE FURTHER NOTICE that pursuant to and in accordance with Rules 7.2(a) and 7.2(d) of the Rules of the United States Court of Federal Claims, responses or objections to the within motion must be filed within fourteen (14) days after the filing of the within motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of order accompanies the within motion pursuant to Rule 7(b)(1) of Rules of the United States Court of Federal Claims.

LASSER HOCHMAN, L.L.C.
Attorneys for Plaintiff

By: /s/ Richard L. Zucker
RICHARD L. ZUCKER
(973) 226-2700 (T)
(973) 226-0844 (F)

Dated: August 1, 2008