RICHARD L. ZUCKER, ESQ.
LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for Plaintiff Metrotop Plaza Associates

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

METROTOP PLAZA ASSOCIATES,

Plaintiff,

-vs-

UNITED STATES OF AMERICA,

Defendant.

No. 07-811C

(Judge John P. Wiese)

**CERTIFICATION OF RICHARD L. ZUCKER**

RICHARD L. ZUCKER, of full age, certifies as follows:

1. I am a member of Lasser Hochman, L.L.C., attorneys for plaintiff Metrotop Plaza Associates, and I am familiar with the facts set forth herein. I submit the within certification in support of an application for leave to serve and file a second supplemental complaint.

2. On November 19, 2007, Metrotop Plaza Associates filed its complaint in this matter.

3. After the filing of the complaint, transactions, occurrences and/or events happened which should be included as part of this litigation.

4. Specifically, by letter dated October 30, 2007, Metrotop Plaza Associates submitted a claim to the contracting officer. After the passage of more than sixty (60) days since the submission of the claim, Metrotop Plaza Associates considered the claim deemed denied and believed that it was authorized to commence an action on the claim.

5. On January 30, 2008 Metrotop Plaza Associates filed a supplemental complaint, the

second count of which asserted a claim based upon the facts set forth in the October 30, 2007 letter.

6. On March 20, 2008, the United States moved to dismiss the second count of the supplemental complaint as unripe. The motion was based upon a March 18, 2008 certification by the contracting officer that she did not receive the claim set forth in the October 30, 2007 letter until December 13, 2007, and that she had not yet issued a final decision on the claim presented in the letter.

7. On July 24, 2008, the Honorable John P. Wiese issued a written opinion in which he granted the United States' motion for dismissal of the second count of the supplemental complaint. However, the dismissal was without prejudice since, according to the opinion, "we cannot conclude that the 60-day period had expired to transform the contracting officer's inaction into a deemed denial. We thus hold that Count II, filed here on January 30, 2008 was premature and, hence, beyond our jurisdiction."

8. On July 28, 2008, the contracting officer received another copy of the October 30, 2007 claim, a copy of the supplemental complaint that had been filed on January 30, 2008, and a copy of Judge Wiese's July 24, 2008 opinion, together with a notification that she had an additional twelve (12) days to issue a decision on the October 30, 2007 claim.

9. By letter dated July 31, 2008, the contracting officer issued a decision denying the claim set forth in the October 30, 2007 letter.

10. A copy of the proposed second supplemental complaint is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Richard L. Zucker
RICHARD L. ZUCKER

Dated: August 1, 2008