# In the United States Court of Federal Claims

No. 07-811C
Filed: August 4, 2008

| | |
|---|---|
| METROTOP PLAZA ASSOCIATES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR LEAVE

and

ESTABLISHING FILING DEADLINE

Plaintiff's August 1, 2008, motion for leave to file a second supplemental complaint is GRANTED. Plaintiff shall file its second supplemental complaint forthwith.

On or before September 4, 2008, defendant shall file its response to plaintiff's second supplemental complaint.

s/John P. Wiese
John P. Wiese
Judge