# EXHIBIT A

STANDARD FORM 2
FEBRUARY 1965 EDITION
GENERAL SERVICES ADMINISTRATION
FPR (41CFR) 1-16.601

# US GOVERNMENT LEASE FOR REAL PROPERTY

DATE OF LEASE August 23 2000

LEASE NO. GS-02B-23116
Building No. NJ4600ZZ

THIS LEASE, made and entered into this date by and between **Metrotop Plaza Associates, a New Jersey general partnership,**

whose address is **c/o Atlantic Realty Development Corp.**
**90 Woodbridge Center Drive**
**Woodbridge, NJ 07095-1142**

and whose interest in the property hereinafter described is that of owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises: Approximately 10,688 BOMA rentable square feet (to yield 8,907 BOMA Usable Square Feet) of office space located on part of the first floor of the premises known and designated as 111 Wood Avenue South, Iselin, New Jersey as shown on the floor plan labeled Exhibit "A" attached hereto and made a part hereof, together with 40 on-site parking spaces to be used for office and related uses.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on

**See Rider to Lease Paragraph Number 11.**

3. The Government shall pay the Lessor annual rent of $ **See Rider to Lease Paragraph Number 12**

Rent checks shall be made payable to: **Metrotop Plaza Associates**
**c/o Atlantic Realty Development Corp., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1142**

4. The Government may terminate this lease at any time after the fifth (5th) year by giving at least 90 days' notice in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

5. ~~This lease may be renewed at the option of the Government, for the following terms and at the following rentals:~~
**(Intentionally Deleted)**

~~provided notice be given in writing to the Lessor at least 120 days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.~~

6. The Lessor shall furnish to the Government, as part of the rental consideration, the following:

**See Rider to Lease Paragraphs Number 10 & 14.**

7. The following are attached and made a part hereof:
**See Rider to Lease Paragraph Number 9.**

~~8. The following changes were made in this lease prior to its execution:~~
**(Intentionally deleted)**

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR, **Metrotop Plaza Associates**

BY ____ 8/17/00 (Signature) ____ (Signature)

IN THE PRESENCE OF:

____ 8/17/00 (Signature) 90 Woodbridge Center Drive Woodbridge NJ 07095 (Address)

UNITED STATES OF AMERICA

BY ____ (Signature) CONTRACTING OFFICER (Official title)

STANDARD FORM 2
FEBRUARY 1965 EDITION

RIDER TO LEASE No. GS-02B-23116

9. The following are attached hereto and made a part hereof:

   a. Rider to Lease containing Paragraphs 9 through 42,
   b. Section A, Miscellaneous, Paragraphs 3.1 through 3.15;
   c. Section B, General Architectural, Paragraphs 4.1 through 4.11;
   d. Section C, Architectural Finishes, Paragraph 5.1 through 5.17;
   e. Section D, Mechanical, Electrical, Plumbing, Paragraphs 6.1 through 6.20;
   f. Section E, Services, Utilities, Maintenance, Paragraphs 7.1 through 7.11;
   g. Section F, Safety and Environmental Management, Paragraphs 8.1 through 8.11;
   h. Section G, Special Requirements;
   i. General Clauses, GSA Form 3517;
   j. Representations and Certifications, GSA Form 3518;
   k. Procurement Integrity Certification;
   l. Floor plan of existing space labeled Exhibit "A"

10. As part of the rental consideration and at no additional cost to the Government, the Lessor agrees to proceed with due diligence to provide all labor, materials and supervision necessary to perform the alterations and installations stipulated in the lease in accordance with this Rider to Lease, and Sections A through G of the SFO portion of the lease and to deliver the finished space within 120 days after delivery of an approved layout drawing provided by the Government.

11. The term of this lease shall commence upon the completion of all alterations and acceptance thereof by the Government as satisfactorily completed and run for a term of ten (10) years thereafter, subject to termination rights as specified in Paragraph 4 of the Lease. The commencement date shall be more particularly set forth by a Supplemental Lease Agreement.

12. The Government shall pay the Lessor an annual rent of $419,931.52 at the rate of $34,994.29 per month for the first five (5) years of the Lease and an annual rent of $386,478.08 at the rate of $32,206.51 per month for the second five (5) years of the Lease.

13. Rental payments will be made on the basis of multiplying the BOMA usable square footage actually delivered by the rate of $47.15 for the first five (5) years covered by this lease and $43.39 for the second five (5) years covered by this lease. The space leased to the Government must contain not less than 8,907 BOMA usable square feet. In no event shall the Government pay for more than 8,907 BOMA usable square feet.

14. The Lessor agrees to provide all services, utilities and maintenance as set forth in Section E of the SFO section of this Lease including, but not limited to, heating, ventilation, water and sewer charges, and electricity for lights, power and air conditioning.

15. The Lessor acknowledges that The Crown Partnership, Inc. is the Government's authorized broker and is entitled to a commission pursuant to a separate agreement between The Crown Partnership, Inc. and Metrotop Plaza Associates, the Lessor.

16. Whenever the words "successful offeror", "offeror" or "lessor" appear in the lease, they shall be deemed to mean "Lessor"; wherever the words "solicitation", " Solicitation for Offers" or "SFO" appear in this lease, they shall be deemed to mean this "Lease"; where the words "space offered for lease" appear in this lease, they shall be deemed to mean "leased space or premises" and wherever the word "Lessee" is used herein, it shall be deemed to mean the "Government".

17. Each employee of the Lessor and/or his contractor(s) shall be (1) a citizen of the United States of America, or; (2) an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card, Form I-151, or; (3) an alien who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

18. In no event shall the Lessor enter into negotiations concerning the space leased or to be leased with representatives of federal agencies other than the Contracting Officer or other designated representative of the General Services Administration.



INITIALS: ____ & ____
LESSOR GOV'T

19. This lease shall not be binding on either party until executed by a duly authorized official of the General Services Administration.

20. The Government reserves the right to post Government rules and regulations where the Government leases space.

21. The Lessor will not be reimbursed for any services not provided for in this lease including, but not limited to, repairs, maintenance and alterations, overtime services, nor will any rental be paid in whole or in part except for the lease terms specified in this Lease executed by the General Services Administration unless approved in advance by the Contracting Officer.

22. The Lessor and Government agree that this Lease shall be subject to annual Operating Cost escalations. In accordance with Paragraph 3.5 of this Lease, the base cost of services is established at $46,886.82 or $5.26 per BOMA Useable Square Foot.

23. For the purpose of Real Estate Tax Adjustments as set forth in Paragraph 3.3 of this Lease, the Government is deemed to occupy 12.63% of the tax lot and building.

24. The base year for Real Estate Tax Adjustments shall be the calendar year in which the lease term commences. For real estate tax identification purposes, the premises hereby leased to the Government is identified as follows: Block 356, Lot 11C, Woodbridge Township, New Jersey.

25. The adjustment for vacant premises pursuant to Paragraph 3.11 shall be at the rate of $1.50 per BOMA usable square foot.

26. In accordance with Paragraph 7.3 of this Lease, "Overtime Usage", the overtime charge for heating, ventilating and air conditioning beyond normal hours of operation shall be calculated at a rate of $65.00 per hour, which includes the cost of maintaining a building engineer on the premises, if required. Normal hours for services, utilities and maintenance are 6:00 A.M. to 6:00 P.M. Monday through Friday.

27. If during the term of this Lease, title to this property is transferred to another party either by sale, foreclosure, condemnation or other transaction, the Lessor (transferor) shall promptly notify the Contracting Officer of said transfer. The following information shall accompany this notification:
    a. A certified copy of the deed transferring title to the property from the Lessor to the new owner
    b. A letter from the new owner assuming, approving, and agreeing to be bound by the terms of this Lease.
    c. A letter from the Lessor waiving all rights under this Lease against the Government up to the effective date of the transfer.
    d. The new owners Employer Identification or Social Security Number.
    e. The new owners full legal name. If a corporation, indicate the state of incorporation. If a partnership, list all partners fully. If a limited partnership, list all general partners and identify under the laws of which state the limited partnership is created. If a realty trust, give the names of all trustees and the recording date of the trust.

    The forgoing information must be received by the fifteenth day of the month in which the transfer of title will be effected. The Lessor will process the rent for that month, adjusted in accordance with the effective date of the transfer. Initial rental payment, including the applicable portion of rent for the month during which the transfer occurred to the new owner will be processed on the first day of the month following the transfer of title. If notification of transfer and related information is not received until the sixteenth day of the month, or later, in which the transfer of title will be effected, the full contract rental for that month will be forwarded to the Lessor. In any instance, failure to submit the documentation required for transfer of title will result in a stop payment of rent until such time as the Contracting Officer receives all documentation.

28. In accordance with Paragraph 3.1 of this lease (UNIT COSTS FOR ADJUSTMENTS), the following unit prices shall apply: $24.00 per linear foot of ceiling high partitioning, $325.00 per floor mounted duplex electrical outlet, $45.00 per wall mounted duplex electrical outlet, $385.00 per floor mounted fourplex electrical outlet, $65.00 per wall mounted fourplex electrical outlet, $220.00 per dedicated clean electrical computer receptacle, $295.00 per floor mounted telephone outlet, $35.00 per wall mounted telephone outlet, $450.00 per interior door and frame including installation and hardware. These amounts include all soft costs, overhead and profit, and shall be binding for alterations performed during



INITIALS: ______ & ______
LESSOR GOV'T

the first year of the lease. Unit costs for alterations performed after the first year of the lease shall be renegotiated.

29. The Lessor agrees that the Government shall have no obligation to restore the premises as a result of initial or future alterations whether performed by the Lessor or the Government.

30. The Lessor will provide the name and telephone number of a designated representative that can be contacted to correct deficiencies. The Lessor shall immediately advise the Government of any change in the designated representative and furnish the Government with the name, address and telephone number of the successor within 24 hours.

31. The Lessor agrees to procure any special use or occupancy permits that may be required from the municipality permitting the use and occupancy by the Internal Revenue Service (IRS) at the premises.

32. The Government shall have access to the leased space on a 24 hour, 7-day a week basis.

33. Clause 1(f)(11) of the General Clauses shall read as follows: "(11) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without fault or negligence of the Lessor or any such subcontractor or supplier."

34. Clause 1(f) of the General Clauses is expanded to include: "(12) failure of the applicable governmental authorities to issue all necessary permits and approvals and consents to enable the Lessor to substantially complete the Premises for delivery to the Government."

35. Clause 2 of the General Clauses is deleted and replaced with the following: "The Government may not assign the Lease or sublet all or any part of the Premises without the Lessor's prior written consent, which consent shall not be unreasonably withheld, conditioned or delayed. No assignment or subletting hereunder, whether or not with the Lessor's consent, shall release the Government from any obligations under the Lease, and the Government shall continue to be primarily liable under the Lease."

36. Clause 10 of the General Clauses is amended as follows: The word "reasonably" shall be inserted immediately prior to the word "determine" in line 3 of Clause 10(a).

Clause 10(b) shall be deleted and the following shall be substituted therefor: "If at any time the Premises are delivered to the Government, they do not comply in all material respects with the requirements of this Lease, then the Government's remedy shall be to refuse, by written notice specifying the material non-compliance, to accept delivery of the Premises until such time as the material non-compliance is remedied by the Lessor."

37. Clause 17 of the General Clauses shall be deleted and the following shall be substituted therefor: "If the entire Premises are destroyed by fire or other casualty, this Lease will immediately terminate. In case of partial destruction or damage, so as to render the Premises untenantable, the Government or the Lessor may terminate the Lease by giving written notice to the other within fifteen (15) calendar days of the fire or other casualty; if so terminated, no rent will accrue to the Lessor after such partial destruction or damage; and if not so terminated, the rent will be reduced proportionately, during any period of untenantability, by supplemental agreement hereto effective from the date of such partial destruction or damage. Nothing in this Lease shall be construed as relieving the Lessor from liability for damage or destruction of the property of the United States of America caused by the willful or negligent act or omission of the Lessor."

38. Clause 19 of the General Clauses shall be amended by adding "Notwithstanding anything to the contrary contained herein, the Government shall not make any structural alterations, additions or improvements without the Lessor's prior written consent, which consent shall not be unreasonably withheld, conditioned or delayed."

39. Clause 25(c) of the General Clauses shall be amended by adding, "Notwithstanding anything to the contrary contained herein, the Lessor is hereby authorized to disclose this Lease to third parties in connection with the sale or financing of the property."

40. In any action or proceeding brought by the Government against the Lessor in connection with this Lease, the Government shall look solely to the Lessor's interest in the real property and improvements of which the Premises are a part (collectively, the "Property") for the payment of any damages,



INITIALS: ____ & ____
LESSOR GOV'T

satisfaction of any liabilities or obligations of the Lessor, and no judgment obtained by the Government shall be enforceable against, or liens upon, any property of the Lessor or the Lessor's principals, beneficiaries, partners, members or shareholders (as the case may be) other than the Property.

41. In the event of any circumstances arising during the term of this Lease that allow the Government to setoff payment of rent, no setoff shall be effected by the Government unless the Lessor's mortgagee and the Lessor are provided with written notice of the event or circumstance giving rise to the Government's right of setoff, together with the opportunity to cure or eliminate the same within a reasonable period of time. It shall be the Lessor's obligation to provide the Government with written notice of the proper name and address of the Lessor's mortgagee.

42. With the exception of building standard signs, all of the Government's signs must first be approved by the Lessor, which approval shall not be unreasonably withheld, conditioned or delayed.



INITIALS: ______ & ______
LESSOR GOV'T

## 3.0 MISCELLANEOUS

### 3.1. UNIT COSTS FOR ADJUSTMENTS

Several paragraphs in this SFO specify means for determining quantities of materials. These are Government projections to assist the Offeror in cost estimating. Actual quantities may not be determined until after the lease is awarded and the space layout completed. To enable an equitable settlement if the Government layout departs from the projection, the Offeror must list a unit cost for each of these materials. GSA will use each unit cost to make a lump sum payment or rental increase if the amount of material required by the layout is more than specified or take credit from rental if the amount is less than specified. Offerors are required to state in the offer or in an attachment:

- The cost per linear foot of office subdividing ceiling-high partitioning. $24
- The cost per floor mounted duplex electrical outlet. $325
- The cost per wall mounted duplex electrical outlet. $45
- The cost per floor mounted fourplex (double duplex) electrical outlet. $385
- The cost per wall mounted fourplex (double duplex) electrical outlet. $65
- The cost per dedicated clean electrical computer receptacle. $220
- The cost per floor mounted telephone outlet. $295
- The cost per wall mounted telephone outlet. ~~$135~~ $35
- The cost per interior door. $450

### 3.2. ALTERATIONS $100,000 OR LESS (JAN 1997)

(a) The unit prices which the Offeror is required to list will be used, upon acceptance by GSA, during the first year of the lease to price alterations costing $100,000 or less. These prices may be indexed or renegotiated to apply to subsequent years of the lease upon mutual agreement of the Lessor and Government.

(b) Where unit prices for alterations are not available, the Lessor may be requested to provide a price proposal for the alterations. Orders will be placed by issuance of a GSA Form 276, Supplemental Lease Agreement, a GSA Form 300, Order for Supplies or Services, or a tenant agency approved form. The clauses entitled "GSAR 552.232-71 Prompt Payment" and "GSAR 552.232-72 Invoice Requirements (Variation)" apply to orders for alterations. All orders are subject to the terms and conditions of this lease.

(c) Orders may be placed by the Contracting Officer, the GSA buildings manager or tenant agency officials when specifically authorized to do so by the Contracting Officer. The Contracting Officer will provide the Lessor with a list of agency officials authorized to place orders and will specify any limitations on the authority delegated to tenant agency officials. The tenant agency officials are not authorized to deal with the Lessor on any other matters.

(d) Payments for alterations ordered by tenant agencies will be made directly by the agency placing the order.

### 3.3. TAX ADJUSTMENT (AUG 1992)

(a) Real estate taxes, as referred to in this clause, are only those taxes which are assessed against the building and/or the land upon which the building is located, without regard to benefit to the property, for the purpose of funding general government services. Real estate taxes shall not include, without limitation, general and/or special assessments, business improvement district assessments, or any other present or future taxes or governmental charges that are imposed upon Lessor or assessed against the building and/or the land upon which the building is located.

(b) Base year taxes as referred to in this clause are the real estate taxes for the first twelve (12) month period coincident with full assessment, or may be an amount negotiated by the parties that reflect an agreed upon base for a fully assessed value of the property.

(c) The term "full assessment" as referred to in this clause means the taxing jurisdiction has considered all contemplated improvements to the assessed property in the valuation of the same. Partial assessments for newly constructed projects or for projects under construction, conversion, or renovation will not be used for establishing the Government's base taxes.

(d) The Lessor shall furnish the Contracting Officer with copies of all notices which may affect the valuation of said land and buildings for real estate taxes thereon, as well as all notices of a tax credit, all tax bills and all paid tax receipts, or where tax receipts are not given, other similar evidence of payment acceptable to the Contracting Officer (hereinafter, evidence of payment), and a proper invoice (as described in the Prompt Payment clause of this lease, GSAR 552.232-71) of the tax adjustment including the calculation thereof, for each year that real estate taxes are incurred during the lease term or any extension thereof. All such documents are due within ten (100 calendar days of receipt except that the proper invoice and evidence of payment shall be submitted within sixty (60) calendar days after the date the tax payment is due from the Lessor to the taxing authority. Failure to submit the proper invoice and evidence of payment within such time frame shall be a waiver of the right to receive payment resulting from an increased tax adjustment under this clause.

(e) The Government shall make a le lump sum payment to the Lessor for its share of increase in real estate taxes during the lease term over the amount est... ished as the base year taxes, or receive a rental cre... or lump sum payment for its share of any decreases in real estate taxes during the term below the amount established as the base year taxes. The amount of lump sum payment or rental credit shall be based upon evidence of valuation and payment submitted by the Lessor to the Contracting Officer in accordance with paragraph (d).

(1) In the event of an increase in taxes over the base year, the Lessor shall submit a proper invoice of the tax adjustment including the calculation thereof together with evidence of payment to the Contracting Officer. The Government shall be responsible for payment of any tax increase over the base year taxes only if proper invoice and evidence of payment is submitted by the Lessor within sixty (60) calendar days after the date the tax payment is due from the Lessor to the taxing authority. The due date for making payment shall be the thirtieth (30th) calendar day after the anniversary date of this lease, whichever is later. If the lease terminates before the end of a tax year, payment for the tax increase due as a result of this section for the tax year will be prorated based on the number of days the Government occupied the space. No increase will be paid, due, or owing unless all evidence of valuation and payment have been previously submitted to the Contracting Officer. The Government's payment for its share of real estate taxes shall not include any late charges, interest, or penalties imposed by the taxing authority as a result of the Lessor's delinquency in paying such taxes or charges.

(2) In the event of a decrease in taxes from the base year, or in the event of a refund or tax reduction, the Lessor shall notify the Contracting Officer in accordance with paragraph (d) of this clause. The Government shall be entitled to and shall receive a credit for the prorata reduction in taxes applicable to the Premises encumbered by this lease, regardless of whether the Government has made a tax payment for that year. The Government's share of the credit will be determined in accordance with paragraph (f) of this clause and shall be taken as a deduction from the rent. Any credit due the Government after the expiration or earlier termination of the lease (including but not limited to credits resulting from a decrease in taxes pursuant to a tax credit due the Lessor, a reduction in the tax assessment, or a tax appeal proceeding for a year of the lease, or a portion thereof) shall be made by a lump sum payment to the Government or as a rental credit to any succeeding lease as determined by the Contracting Officer. The Lessor shall remit any lump sum payment to the Government within fifteen (15) calendar days of payment by the taxing authority to the Lessor or the Lessor's designee. If the credit due the Government is not paid by the due date, interest shall accrue on the late payment at the rate established by the Secretary of the Treasury under Section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day of the due date. The interest penalty shall accrue daily on the amount of the credit and be compounded in thirty (30) day increments inclusive from the first day after the due date through the payment date. The Government shall have the right to pursue the outstanding balance of any tax credit using all such collection methods as are available to the United States to collect debts. Such collection rights shall survive the expiration of this lease.

(f) The Government shall pay its share of tax increases or receive its share of any tax decrease based on the ratio of the rentable square feet occupied by the Government to the total rentable square feet in the building or complex (percentage of occupancy). For the purpose of this lease, the Government's percentage of occupancy as of the date hereof is ____%. This percentage shall be subject to adjustment to take into account additions or reductions of the amount of space as may be contemplated in this lease or amendments hereto. The block and lot/parcel or other identification numbers for the property, building(s) and parking area(s) occupied under this lease are_____________.

(g) The Government may direct the Lessor upon reasonable notice to initiate a tax appeal or the Government may decide to contest the tax assessment on behalf of the Government and the Lessor or the Government alone. The Lessor shall furnish to the Government information necessary for appeal of the tax assessment in accordance with the filing requirements of the taxing authority. If the Government decides to contest the tax assessment on its behalf or on behalf of the Government and the Lessor, the Lessor shall cooperate and use all reasonable efforts including but not limited to affirming the accuracy of the documents, executing documents required for any legal proceeding and taking such other actions as may be required. If the Lessor initiates an appeal on behalf of the Government, the Government and the Lessor will enter into an agreement to establish a method for sharing expenses and tax savings.

**3.4. PERCENTAGE OF OCCUPANCY**

The percent of the building occupied by the Government, for purposes of tax adjustments, will be established during negotiations.

**3.5. OPERATING COSTS (JUN 1985)**

(a) Beginning with the second year of the lease and each year after, the Government shall pay adjusted rent for changes in costs for cleaning services, supplies, materials, maintenance, trash removal, landscaping, water, sewer charges, heating, electricity, and certain administrative expenses attributable to occupancy. Applicable costs listed on GSA Form 1217, Lessor's Annual Cost Statement, when negotiated and agreed upon, will be used to determine the base rate for operating costs adjustment.

(b) The amount of adjustment will be determined by multiplying the base rate by the percent of change in the Cost of Living Index. The percent change will be computed by comparing the index figure published for the month prior to the lease commencement date with the index figure published for the month which begins each successive 12-month period. For example, a lease which commences in June of 1985 would use the index published for May of 1985 and that figure would be compared with the index published for May of 1986, May of 1987, and so on, to determine the percent change. The Cost of Living Index will be measured by the U.S. Department of Labor revised Consumer Price Index for wage earners and clerical workers, U.S. City average, all items figure, (1982-84 = 100) published by the Bureau of Labor Statistics. Payment will be made with the monthly installment of fixed rent. Rental adjustments will be effective on the anniversary date of the lease. Payment of the adjusted rental rate will become due on the first workday of the second month following the publication of the Cost of Living Index for the month prior to the lease commencement date.



INITIALS: ______ & ______
LESSOR GOVT

(c) If the Government exercises an \,on to extend the lease term at the same rate as ti f the original term, the option price will be based on the adjustment during the original term. Annual adjustments will continue.

(d) In the event of any decreases in the Cost of Living Index occurring during the term of the occupancy under the lease, the rental amount will be reduced accordingly. The amount of such reductions will be determined in the same manner as increases in rent provided under this clause.

(e) The offer must clearly state whether the rental is firm throughout the term of the lease or if it is subject to annual adjustment of operating costs as indicated above. If operating costs will be subject to adjustment, it should be specified on the GSA Form 1364, Proposal to Lease Space, contained elsewhere in this solicitation.

**3.6. RENTABLE SPACE (JUN 1994)**
Rentable space is the area for which a tenant is charged rent. It is determined by the building owner and may vary by city or by building within the same city. The rentable space may include a share of building support/common areas such as elevator lobbies, building corridors, and floor service areas. Floor service areas typically include restrooms, janitor rooms, telephone closets, electrical closets, and mechanical rooms. The rentable space generally does not include vertical building penetrations and their enclosing walls, such as stairs, elevator shafts and vertical ducts.

**3.7. BOMA USABLE SQUARE FEET (JAN 1997)**

(a) For the purposes of this solicitation, the Government recognizes the BOMA (Building Owners and Managers Association) International standard (ANSI/BOMA Z65.1-1996) definition for Office Area, which means "the area where a tenant normally houses personnel and/or furniture, for which a measurement is to be computed."

(b) BOMA Usable Square Feet shall be computed by measuring the area enclosed by the finished surface of the room side of corridors (corridors in place as well as those required by local codes and ordinances to provide an acceptable level of safety and/or to provide access to essential building elements) and other permanent walls, the dominant portion (see Z65.1) of building exterior walls, and the center of tenant-separating partitions. Where alcoves, recessed entrances, or similar deviation from the corridor are present, BOMA Usable Square Feet shall be computed as if the deviation were not present.

**3.8. COMMON AREA FACTOR (JAN 1997)**
If applicable, Offerors shall provide the Common Area Factor (a conversion factor(s) determined by the building owner and applied by the owner to the BOMA Usable Square Feet to determine the rentable square feet for the offered space).

**3.9. APPURTENANT AREAS**
The right to use appurtenant areas and facilities is included. The Government reserves the right to post Government rules and regulations where the Government leases space.

**3.10. LIQUIDATED DAMAGES, GSAR 552.270-22 (AUG 1992)**
In case of failure on the part of the Lessor to complete the work within the time fixed in the lease contract or letter of award, the Lessor shall pay the Government as fixed and agreed liquidated damages, pursuant to this clause, the sum of $700.00 for each and every calendar day that the delivery is delayed beyond the date specified for delivery of all the space ready for occupancy by the Government. This remedy is not exclusive and is in addition to any other remedies which may be available under this lease or at law.

**3.11. ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-25 (JUN 1994) (VARIATION)**

(a) If the Government fails to occupy any portion of the leased premises or vacates the premises in whole or in part prior to expiration of the term of the lease, the rental rate will be reduced.

(b) The rate will be reduced by that portion of the costs per BOMA Usable square foot of operating expenses not required to maintain the space. Said reduction must occur after the Government gives 30 calendar days prior notice to the Lessor, and must continue in effect until the Government occupies the premises or the lease expires or is terminated.

**3.12. EVIDENCE OF CAPABILITY TO PERFORM**

(a) AT THE TIME OF SUBMISSION OF OFFERS, OFFERORS SHALL SUBMIT TO THE CONTRACTING OFFICER:

(1) Satisfactory evidence of at least a conditional commitment of funds in an amount necessary to prepare the space. Such commitments must be signed by an authorized bank officer and at a minimum must state: amount of loan; term in years; annual percentage rate; length of loan commitment.

(2) The name of the proposed construction contractor, as well as evidence of his experience, competency, and performance capabilities with construction similar in scope to that which is required herein.

(3) The license or certification of the individual(s) and/or firm(s), providing architectural and engineering design services, to practice in the state where the facility is located.

(4) Compliance with local zoning laws or evidence of variances, if any, approved by the proper local authority.

(5) Evidence of ownership c[illegible]trol of site.

(b) AFTER AWARD:
Within 15 days after award, the successful Offeror/Lessor shall provide to the Contracting Officer evidence of:

(1) A firm commitment of funds in an amount sufficient to perform the work.

(2) Award of a construction contract with a firm completion date.

(3) Issuance of a building permit covering construction of the improvements.

**3.13. CONSTRUCTION SCHEDULE**

(a) Within 15 days after award of the lease contract, the successful Offeror shall submit to the Contracting Officer a tentative construction schedule giving the dates on which the various phases of construction will be completed to coincide with the Government's required occupancy date (see paragraph entitled "Occupancy Date"). The finalized schedule is to be submitted no later than 30 days after award.

(b) The schedule is to include timing for completion of design and construction milestones, including but not limited to, (1) submittal of preliminary plans and specifications, (2) submittal of other working drawings, (3) issuance of a building permit, (4) completed construction documents, (5) start of construction, (6) completion of principal categories of work, (7) phased completion, and availability for occupancy of each portion of the Government space (by floor, block, or other appropriate category), and (8) final construction completion.

**3.14. PROGRESS REPORTS**

After start of construction, the successful Offeror shall submit to the Contracting Officer, written progress reports at intervals of 15 days. The report shall include information as to percentage of the work completed by phase and trade, a statement as to expected completion and occupancy date, changes introduced into the work, and general remarks on such items as material shortages, strikes, weather, etc.

**3.15. CONSTRUCTION INSPECTIONS**

(a) Construction inspections will be made periodically by the Contracting Officer and/or designated technical representatives to review compliance with the solicitation requirements and the final working drawings.

(b) Periodic reviews, tests, and inspections by the Government are not to be interpreted as resulting in any approval of the Lessor's apparent progress toward meeting the Government's objectives, but are intended to discover any information which the Contracting Officer may be able to call to the Lessor's attention to prevent costly misdirection of effort. The Lessor will remain completely responsible for designing, constructing, operating, and maintaining the building in full accordance with the requirements of this solicitation.

**4.0 GENERAL ARCHITECTURAL**

**4.1. QUALITY AND APPEARANCE OF BUILDING EXTERIOR**
The space offered should be located in a new or modern office building with facade of stone, marble, brick, stainless steel, aluminum or other permanent materials in good condition acceptable to the Contracting Officer. The building should be compatible with its surroundings. Overall the building should project a professional and aesthetically pleasing appearance including an attractive front and entrance way. The building should have energy efficient windows or glass areas consistent with the structural integrity of the building, unless not appropriate for intended use. The facade, downspouts, roof trim and window casing are to be clean and in good condition. If not in a new or modern office building, the space offered should be in a building that has undergone, or will complete by occupancy, first class restoration or adaptive reuse for office space with modern conveniences. If the restoration work is underway or proposed, then architectural plans acceptable to the Contracting Officer must be submitted as part of the offer.

**4.2. WORK PERFORMANCE**
All work in performance of this lease must be done by skilled workers or mechanics and be acceptable to the Contracting Officer.

**4.3. BUILDING SYSTEMS (JAN 1997)**
Whenever requested, the Lessor shall furnish at no cost to GSA a report by a registered professional engineer(s) showing that the building and its systems as designed and constructed will satisfy the requirements of this lease.

**4.4. SPACE EFFICIENCY**
The design of the space offered must be conducive to efficient layout and good utilization.

**4.5. FLOOR PLANS AFTER OCCUPANCY**
Within 30 days after occupancy, 1/8-inch as-built mylar reproducible full floor plans showing the space under lease as well as corridors, stairways, and core areas must be provided to the Contracting Officer.

**4.6. CAD AS-BUILT FLOOR PLANS (JAN 1997)**
Computer-Aided Design (CAD) files of as-built floor plans showing the space under lease, as well as corridors, stairways, and core areas, must be provided to the Contracting Officer along with the mylar drawings required above. The plans must be in AutoCAD Release 12 (or later) .dwg format. Clean and purged files are to be submitted on 3½ inch high density diskettes, or, if approved by the Contracting Officer, on CD-ROM or QIC (¼ inch Cartridge) tape. They shall be labeled with building name, address, list of drawing(s), date of the drawing(s), and Lessor's architect and phone number. The Lessor's operator will demonstrate the submission on GSA equipment, if requested by the Contracting Officer.

**4.7. FLOORS AND FLOOR LOAD (JAN 1997)**
All adjoining floor areas must be of a common level, non-slip, and acceptable to the Contracting Officer. Underfloor surfaces must be smooth and level. Office areas shall have a minimum live load capacity of 50 pounds per BOMA Usable square foot plus 20 pounds per BOMA Usable square foot for moveable partitions. Storage areas shall have a minimum live load capacity of 100 pounds per BOMA Usable square foot including moveable partitions. A report showing the floor load capacity, at no cost to the Government, by a registered professional engineer may be required. Calculations and structural drawings may also be required.

**4.8. EXITS AND ACCESS (SEP 1991)**
Vestibules shall be provided at public entrances and exits wherever weather conditions and heat loss are important factors for consideration. In the event of negative air pressure conditions, provisions shall be made for equalizing air pressure.

**4.9. WINDOWS (SEP 1991)**
Office space must have windows in each exterior bay unless waived by the Contracting Officer.

All windows shall be weathertight. Opening windows must be equipped with locks. Off-street, ground level windows and those accessible from fire escapes, adjacent roofs, and other structures that can be opened shall be fitted with a sturdy locking device.

**4.10. ACCESSIBILITY (JAN 1997)**
The building and the leased space shall be accessible to the handicapped in accordance with the Americans With Disabilities Act Accessibility Guidelines (36 CFR Part 36, App. A) and the Uniform Federal Accessibility Standards (41 CFR 101-19.6, App. A). Where standards conflict, the more stringent shall apply.

**4.11. LANDSCAPING (OCT 1996)**
Where topographical conditions permit, the site shall be landscaped for low mainentance and water conservation with plants that are either native or well-adapted to local growing conditions. The Contracting Officer shall approve the landscaping to be provided.

5.0 ARCHITECTURAL FINISHES

**5.1. BUILDING FINISHES see SPECIAL REQUIREMENTS**
Building finishes shall be for first class, modern space.

**5.2. LAYOUT AND FINISHES**
All required finish selection samples must be provided within 10 days of the request for such by the Contracting Officer. GSA shall deliver layout drawings and necessary finish selections to the Lessor within 30 days after award or after receipt of plans and samples, whichever is later.

**5.3. CEILINGS (SEP 1991) see SPECIAL REQUIREMENTS**
Ceilings must be at least 8 feet and no more than 11 feet measured from floor to the lowest obstruction. Areas with raised flooring must maintain these ceiling height limitations above the finished raised flooring. The ceiling must have a minimum noise reduction coefficient (NRC) of 0.60 and a minimum Sound Transmission Class (STC) of 40 throughout the Government occupied space. Bulkheads and hanging or surface mounted light fixtures which impede traffic ways shall be avoided.

Ceilings must be a flat plane in each room and suspended with fluorescent recessed fixtures and finished as follows unless an alternate finish is approved by the Contracting Officer:

- Restrooms: plaster or pointed and taped gypsum board.
- Offices and Conference Rooms: mineral and acoustical tile or lay in panels with textured or patterned surface and tegular edges or equivalent quality to be approved by the Contracting Officer.
- Corridors and Eating/Galley Areas: plaster or pointed and taped gypsum board or mineral acoustical tile.

**5.4. WALL COVERINGS (SEP 1991) see SPECIAL REQUIREMENTS**
PHYSICAL REQUIREMENTS:
Prior to occupancy, partitioned offices and open office areas shall be covered with vinyl or polyolefin commercial wall covering weighing not less that 13 ounces per square yard as specified in FS CCC-W-408C or equivalent. The quality of finish shall be approved by the Contracting Officer.

Prior to occupancy all restrooms offered to comply with the restroom fixture schedule of this solicitation must have ceramic tile in splash areas and vinyl wall covering not less than 13 ounces per square yard as specified in FS CCC-W-408C on remaining wall areas or equivalent quality as approved by the Contracting Officer, unless an alternate finish is approved by the Contracting Officer.

Prior to occupancy all elevator areas which access the Government's leased space, hallways within or accessing the Government's leased space and eating/galley areas within the Government's leased space are to be covered with vinyl wall coverings not less than 22 ounces per square yard as specified in FS CCC-W-408C, or equivalent quality as approved by the Contracting Officer, unless an alternate finish is approved by the Contracting Officer.

REPLACEMENT:
All wall covering is to be maintained in "like new" condition for the life of the lease. Wall covering must be replaced or repaired at the Lessor's expense, including moving and replacing furnishings, (except where wall covering has been damaged due to the negligence of the Government), anytime during the occupancy by the Government if it is torn, peeling or permanently stained; the ceramic tile in the restrooms must be replaced or repaired if it is loose, chipped, broken or permanently discolored. All repair and replacement work is to be done after working hours.

SAMPLES:
The Lessor is to provide at least 5 samples of each type of wall covering to be installed for selection by the Contracting Officer.

PAINTING:
Prior to occupancy all surfaces designated by GSA for painting must be newly painted in colors acceptable to GSA. All painted surfaces, including any partitioning installed by the Government or the Lessor after Government occupancy, must be repainted after working hours at Lessor expense at least every 5 years. This includes moving and return of furniture. Public areas must be painted at least every 3 years.

**5.5. DOORS: EXTERIOR (DEC 1992)**
Exterior doors must be heavy duty, full flush, hollow steel construction, solid core wood, or insulated tempered glass. Wood doors shall be at least 1¾ inches thick. Exterior doors shall be weather-tight and open outward. Hinges, pivots, and pins shall be installed in a manner which prevents removal when the door is closed and locked.

**5.6. DOORS: INTERIOR (SEP 1991)**
Doors must have a minimum clear opening of 32 inches by 80 inches. Hollow core wood doors are not acceptable. They must be flush, solid-core natural wood, veneer faced or equivalent finish as approved by the Contracting Officer. They will be provided at a ratio of one door for every 500 BOMA Usable Square feet.

**5.7. DOORS: HARDWARE (DEC 1992)**
Doors shall have door handles or door pulls with heavy weight hinges. All doors shall have corresponding door stops (wall or floor mounted). All public use doors and toilet room doors shall be equipped with kick plates. All door entrances from public corridors and exterior doors shall have automatic door closers. All door entrances from public corridors, exterior doors and other doors designated by the Government shall be equipped with 5-pin, tumbler cylinder locks and strike plates. All locks shall be master keyed. The Government shall be furnished with at least two master keys for each lock.

**5.8. DOORS: IDENTIFICATION**
Door identification shall be installed in approved locations adjacent to office entrances. The form of door identification must be approved by the Contracting Officer.

**5.9. PARTITIONS: GENERAL**
Partitions and dividers must be provided as outlined below. Partitioning requirements may be met with existing partitions if they meet the Government's standards and layout requirements.

**5.10. PARTITIONS: PERMANENT (SEP 1991)**
Permanent partitions must be provided as necessary to surround stairs, corridors, elevator shafts, toilet rooms, janitor closets, and the Government-occupied premises from other tenants on the floor.

**5.11. PARTITIONS: SUBDIVIDING (JAN 1997)**

(a) Office subdividing partitions shall comply with local requirements. Partitioning must be designed to provide a Sound Transmission Class (STC) of 40. Partitioning shall be installed by the Lessor at locations to be determined by the Government. The partitioning shall extend from the finished floor to the finished ceiling. Any demolition of existing improvements which is necessary to satisfy the Government's layout shall be done at the Lessor's expense. Partitioning shall be provided at a ratio of 1 linear foot for each 100 BOMA Usable Square Feet of space provided. Partitioning over interior office doors is included in the measurement. Permanent partitioning and partitioning which surrounds exterior walls will not be included in unit cost adjustments but should be included as part of the annual rental rate.

(b) Partitions may be prefinished or taped and painted. HVAC must be rebalanced and lighting repositioned, as appropriate, after installation of partitions.

**5.12. FLOOR COVERING AND PERIMETERS (DEC 1991) see SPECIAL REQUIREMENTS**
Floor covering shall be either resilient flooring or carpet, except as otherwise specified in this solicitation. Floor perimeters at partitions must have wood, rubber, vinyl, or carpet base. Exceptions must be approved by the Contracting Officer.

<u>OFFICE AREAS</u>:
Prior to occupancy, carpet or carpet tiles must cover all office areas partitioned or unpartitioned, including interior hallways and conference rooms. The use of existing carpet may be approved by the Contracting Officer; however, existing carpet must be shampooed before occupancy and must meet the static buildup requirement for new carpet.

<u>SPECIALTY AREAS</u>:
Resilient flooring is to be used in reproduction rooms, storage, file and other specialty rooms. The Offeror shall provide the Government with a minimum of 5 different color samples. The sample and color must be approved by GSA prior to installation. No substitutes may be made by the Offeror after sample selection.

<u>TOILET AND SERVICE AREAS</u>:
Terrazzo, unglazed ceramic tile, and/or quarry tile shall be used in all toilet and service areas unless another covering is approved by the Contracting Officer.

<u>CARPET - SAMPLES</u>:
When carpet must be newly installed or changed, the Offeror shall provide the Government with a minimum of 5 different color samples. The sample and color must be approved by GSA prior to installation. No substitutes may be made by the Offeror after sample selection.

<u>CARPET - INSTALLATION</u>:
Carpet must be installed in accordance with manufacturing instructions to lay smoothly and evenly.

<u>CARPET - REPLACEMENT</u>:
Carpet shall be replaced at least every 5 years during Government occupancy or any time during the lease when:

- Backing or underlayment is exposed.
- There are noticeable variations in surface color or texture.

Replacement includes moving and return of furniture.

RESILIENT FLOORING - REPLACEMENT:
The flooring shall be replaced by the Lessor at no cost to the Government prior to or during Government occupancy when it has:

- Curls, upturned edges, or other noticeable variations in texture.

**5.13. CARPET: BROADLOOM (SEP 1991) see SPECIAL REQUIREMENTS**
Approximately 82 percent of the space shall be carpeted with broadloom carpet.

Any carpet to be newly installed must meet the following specifications:

- Pile Yarn Content: staple filament or continuous filament branded by a fiber producer (Allied, Dupont, Monsanto, BASF, woolblend), soil-hiding nylon or wool nylon blends.
- Carpet pile construction: level loop, textured loop, level cut pile, or level cut/uncut pile.
- Pile weight: 26 ounces per square yard is the minimum for level-loop or textured-loop construction. 32 ounces per square yard is the minimum for level-cut/uncut construction.
- Secondary back: jute or synthetic fiber for glue-down installation.
- Density: 100 percent nylon (loop and cut pile) -- minimum of 4000; other fibers, including blends and combinations -- minimum of 4500.

**5.14. RESILIENT FLOORING (SEP 1991)**
In addition to reproduction, file, and storage rooms, resilient flooring shall be used in the specialty rooms listed below:
Breakroom, Telecom Room

**5.15. ACOUSTICAL REQUIREMENTS (JAN 1997)**
REVERBERATION CONTROL:
Ceilings in carpeted space shall have a Noise Reduction Coefficient (NRC) of not less than 0.55 in accordance with ASTM C-423. Ceilings in offices, conference rooms, and corridors having resilient flooring shall have an NRC of not less than 0.65.

AMBIENT NOISE CONTROL:
Ambient noise from mechanical equipment shall not exceed Noise Criteria curve (NC) 35 in accordance with the ASHRAE Handbook in offices and conference rooms; NC 40 in corridors, cafeterias, lobbies, and toilets; NC 50 in other spaces.

NOISE ISOLATION:
Rooms separated from adjacent spaces by ceiling-high partitions (not including doors) shall not be less than the following Noise Isolation Class (NIC) Standards when tested in accordance with ASTM E-336:

| | |
|---|---|
| conference rooms: | NIC-40 |
| offices: | NIC-35 |

TESTING:
The Contracting Officer may require at no cost to the Government test reports by a qualified acoustical consultant showing that acoustical requirements have been met.

The requirements of this Acoustical Requirements paragraph shall take precedence over any additional specifications in this solicitation if there is a conflict.

**5.16. WINDOW COVERINGS (SEP 1991)**
WINDOW BLINDS:
All exterior windows shall be equipped with window blinds. The blinds may be aluminum or plastic vertical blinds or horizontal blinds with aluminum slats of 1 inch width or less. The use of any other material must be approved by the Contracting Officer. The window blinds must have non-corroding mechanisms and synthetic tapes. Color selection will be made by the Contracting Officer.

**5.17. BUILDING DIRECTORY**
A tamper proof directory with lock shall be provided in the building lobby listing all Government agencies. It must be acceptable to the Contracting Officer.

## 6.0 MECHANICAL, ELECTRICAL, PLUM... ..IG

### 6.1. MECHANICAL, ELECTRICAL, PLUMBING: GENERAL

The Lessor shall provide and operate all building equipment and systems in accordance with applicable technical publications, manuals, and standard procedures. Mains, lines, and meters for utilities shall be provided by the Lessor. Exposed ducts, piping, and conduits are not permitted in office space.

### 6.2. ENERGY COST SAVINGS (JAN 1997 )

(a) All offerors are encouraged to contact an energy service company qualified under the Energy Policy Act to perform Energy Savings Performance Contracts (ESPC) to determine whether opportunities for cost effective energy improvements to the space are available.

(b) A list of energy service companies qualified under the Energy Policy Act to perform ESPCs, as well as additional information on cost effective energy efficiency, renewables, and water conservation may be obtained by writing to: US Department of Energy, Federal Energy Management Program, EE-90, Washington, DC 20585 or by calling the FEMP HELP DESK at 1-800-566-2877 and asking for the ESPC qualified list.

### 6.3. DRINKING FOUNTAINS

The Lessor shall provide, on each floor of office space, a minimum of one chilled drinking fountain within every 150 feet of travel distance.

### 6.4. TOILET ROOMS (JAN 1997)

(a) Separate toilet facilities for men and women shall be provided on each floor occupied by the Government in the building. The facilities must be located so that employees will not be required to travel more than 200 feet on one floor to reach the toilets. Each toilet room shall have sufficient water closets enclosed with modern stall partitions and doors, urinals (in men's room), and hot (set at 105°F, if practical) and cold water. Water closets and urinals shall not be visible when the exterior door is open.

(b) Each main toilet room shall contain the following equipment:

(1) A mirror above the lavatory.

(2) A toilet paper dispenser in each water closet stall, that will hold at least two rolls and allow easy, unrestricted dispensing.

(3) A coat hook on inside face of door to each water closet stall and on several wall locations by lavatories.

(4) At least one modern paper towel dispenser, soap dispenser and waste receptacle for every two lavatories.

(5) A coin operated sanitary napkin dispenser in women's toilet rooms with waste receptacle for each water closet stall.

(6) Ceramic tile or comparable wainscot from the floor to a minimum height of 4 feet 6 inches.

(7) A disposable toilet seat cover dispenser.

(8) A counter area of at least 2 feet in length, exclusive of the lavatories (however, it may be attached to the lavatories) with a mirror above and a ground fault interrupt type convenience outlet located adjacent to the counter area.

### 6.5. TOILET ROOMS: FIXTURE SCHEDULE (OCT 1996)

(a) The toilet fixture schedules specified below shall be applied to each full floor based on one person for each 135 BOMA Usable Square Feet of office space in a ratio of 50 percent men and 50 percent women:



INITIALS: ________ & ________
LESSOR GOV'T

(b) Refer to the schedule separate' each sex.

| NUMBER OF MEN*/WOMEN | WATER CLOSETS | LAVATORIES |
|---|---|---|
| 1 - 15 | 1 | 1 |
| 16 - 35 | 2 | 2 |
| 36 - 55 | 3 | 3 |
| 56 - 60 | 4 | 3 |
| 61 - 80 | 4 | 4 |
| 81 - 90 | 5 | 4 |
| 91 - 110 | 5 | 5 |
| 111 - 125 | 6 | 5 |
| 126 - 150 | 6 | ** |
| > 150 | *** | |

* In men's facilities, urinals may be substituted for 1/3 of the water closets specified.

** Add one lavatory for each 45 additional employees over 125.

*** Add one water closet for each 40 additional employees over 150.

(c) For new installations:

(1) Water closets shall not use more than 1.6 gallons per flush.

(2) Urinals shall not use more than 1.0 gallons per flush.

(3) Faucets shall not use more than 2.5 gallons per minute at a flowing water pressure of 80 psi.

**6.6. JANITOR CLOSETS**

Janitor closets with service sink, hot and cold water, and ample storage for cleaning equipment, materials, and supplies shall be provided on all floors. Janitor closets shall have door(s) fitted with an automatic deadlocking latch bolt with a minimum throw of ½ inch.

**6.7. HEATING AND AIR CONDITIONING (JAN 1997)**

(a) Temperatures shall conform to local commercial equivalent temperature levels and operating practices in order to maximize tenant satisfaction. These temperatures must be maintained throughout the leased premises and service areas, regardless of outside temperatures, during the hours of operation specified in the lease.

(b) During non-working hours, heating temperatures shall be set no higher than 55°F and air conditioning will not be provided except as necessary to return space temperatures to a suitable level for the beginning of working hours. Thermostats shall be secured from manual operation by key or locked cage. A key shall be provided to the GSA Field Office Manager.

(c) Simultaneous heating and cooling are not permitted.

(d) Areas having excessive heat gain or heat loss, or affected by solar radiation at different times of the day, shall be independently controlled.

(e) ZONE CONTROL:
Individual thermostat control shall be provided for office space with control areas not to exceed 2000 BOMA Usable Square Feet. Areas which routinely have extended hours of operation shall be environmentally controlled through dedicated heating and air-conditioning equipment. Special purpose areas (such as photocopy centers, large conference rooms, computer rooms, etc.) with an internal cooling load in excess of 5 tons shall be independently controlled. Concealed package air-conditioning equipment shall be provided to meet localized spot cooling of tenant special equipment. Portable space heaters are prohibited from use.

(f) EQUIPMENT PERFORMANCE:
Temperature control for office spaces shall be assured by concealed central heating and air-conditioning equipment. The equipment shall maintain space temperature control over a range of internal load fluctuations of plus 0.5 Watt/sq.ft. to minus 1.5 Watts/sq.ft. from initial design requirements of the tenant.

**6.8. VENTILATION (OCT 1996)**

During working hours in periods of heating and cooling, ventilation shall be provided in accordance with ASHRAE Standard 62, Ventilation for Acceptable Indoor Air Quality.

**6.9. VENTILATION: TOILET ROOMS (DEC 1993)**
Toilet rooms shall be properly exhausted, with a minimum of 10 air changes per hour.

**6.10. ELECTRICAL: GENERAL (SEP 1991)**
The Lessor shall be responsible for meeting the applicable requirements of local codes and ordinances. When codes conflict, the more stringent standard shall apply. Main service facilities will be enclosed. The enclosure may not be used for storage or other purposes and shall have door(s) fitted with an automatic deadlocking latch bolt with a minimum throw of ½ inch. Distribution panels must be circuit breaker type with 10 percent spare power load and circuits.

**6.11. ELECTRICAL: DISTRIBUTION (JAN 1997) see SPECIAL REQUIREMENTS**

(a) Duplex floor or wall outlets shall be provided on the basis of 1 per 100 BOMA Usable Square Feet. Convenience outlets shall be installed on the basis of a maximum of 8 outlets per 20-amp circuit.

(b) Each workstation shall contain at least 1 orange-bodied or other specially designed receptacle with isolated-ground capability. Such receptacles shall not exceed in number 4 per 20-amp. circuit, and shall be installed in accordance with the September 21, 1983 edition of Federal Information Processing Standards pub. 94.

(c) The Lessor shall ensure that electrical outlets and associated wiring are concealed by a method acceptable to the Contracting Officer. Raceways and outlets shall be concealed except when surface-mounting is approved by the Contracting Officer.

(d) At the discretion of the Contracting Officer, stand-alone power poles (or, in the case of systems furniture, systems-furniture power poles) may be used to provide electrical service to work stations.

(e) All floors shall have 120/208-volt, 3-phase, 4-wire with bond, 60-hertz electrical service available. Duplex outlets shall be circuited separately from the lighting. All branch-circuit wiring shall consist of copper conductors. Conductors for branch circuits shall be sized to prevent voltage drop exceeding 3 percent at the farthest receptacle.

**6.12. ELECTRICAL: DISTRIBUTION COMBINATION (JAN 1997) see SPECIAL REQUIREMENTS**

(a) Duplex floor or wall outlets shall be provided on the basis of 1 per 100 BOMA Usable Square Feet.

(b) Fourplex (double duplex) floor or wall outlets shall be provided on the basis of 1 per 150 BOMA Usable Square Feet.

(c) Convenience outlets shall be installed on the basis of a maximum of 8 outlets per 20-amp. circuit.

(d) Each work station shall contain at least 1 orange-bodied or other similarly designed receptacle with isolated-ground capability. Said receptacles shall not exceed in number 4 per 20-amp. circuit, and shall be installed in accordance with the September 21, 1983, edition of Federal Information Processing Standards pub. 94.

(e) Dedicated special electrical receptacles shall be provided on the basis of 2 per 10,000 BOMA Usable Square Feet. Duplex outlets corresponding to said receptacles shall be colored differently from the standard duplex and fourplex outlets, and shall be used only for office copiers and special equipment. One dedicated or special electrical outlet shall be provided in space of less than 10,000 BOMA Usable Square Feet. The Lessor shall ensure that the outlets and associated wiring designated to workstations will be concealed in a manner acceptable to the Contracting Officer. Cable shall not be exposed on the finished floor surface.

(f) All floors shall have 120/208-volt, 3-phase, 4-wire with bond, 60-hertz electric service available. Duplex outlets shall be circuited separately from the lighting. All branch-circuit wiring shall consist of copper conductors. Conductors for branch circuits shall be sized to prevent voltage drop exceeding 3 percent at the farthest receptacle.

(g) At the discretion of the Contracting Officer, stand-alone power poles (or, in the case of systems furniture, systems-furniture power poles) may be offered in lieu of electrical and telephone floor outlets. Where power poles are substituted for floor outlets, each power pole shall consist of two duplex electric outlets and two telephone outlets. For the purposes of determining unit costs for adjustment, Offerors are required to state, either in their offer or in an attachment, the cost of wiring and installation for each power pole, both as a stand-alone and as furnished by others with systems furniture. This Paragraph shall comply with the provisions specified in Paragraph 6.16.

**6.13. ELECTRICAL: ADDITIONAL DISTRIBUTION SPECIFICATIONS**
If the Offeror proposes that building maintenance will be the responsibility of the Government, the Lessor shall provide duplex utility outlets in toilets, corridors, and dispensing areas for maintenance purposes at no cost to the Government. Fuses and circuit breakers shall be plainly marked or labelled to identify circuits or equipment supplied through them.

**6.14. TELEPHONE: DISTRIBUTION AND [illegible]IPMENT (JAN 1997) see SPECIAL REQUIREME**

(a) Telephone floor or wall outlets s[illegible]all be provided on the basis of 1 per 100 BOMA Usa[illegible] Square Feet. The Lessor shall ensure that all outlets and associated wiring used to transmit telecommunication (voice) service to the workstation will be safely concealed in floor ducts, walls, or columns. Wall outlets shall be provided with rings and pull strings to facilitate the installation of cable.

(b) The Government reserves the right to provide its own telecommunication (voice) service in the space to be leased. The Government may contract with another party to have inside wiring and telephone equipment installed. Telecommunication switchrooms, wire closets, and related spaces shall be enclosed. The enclosure shall not be used for storage or other purposes and shall have door(s) fitted with an automatic deadlocking latch bolt with a minimum throw of ½ inch.

**6.15. DATA DISTRIBUTION (JAN 1997) see SPECIAL REQUIREMENTS**

Floor or wall outlets shall be provided on the basis of 1 per 100 BOMA Usable Square Feet. The Lessor shall ensure that data outlets and the associated wiring used to transmit data to workstations will be safely concealed in floor ducts, walls, columns, or below access flooring. Wall-mounted outlets shall be provided with rings and pull strings to facilitate the installation of the data cable. The Government shall at its expense be responsible for purchasing and installing said cable. When cable consists of multiple runs, the Lessor shall provide cable trays to insure that Government-provided cable does not come into contact with suspended ceilings. Cable trays shall be ladder-type, and shall form a loop around the perimeter of the Government-occupied space such that the horizontal distance between individual drops does not exceed 30 feet.

**6.16. ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (JAN 1997) See SPECIAL REQUIREMENTS**

(a) The Lessor shall provide separate data, telephone, and electric junction boxes for the base feed connections to Government-provided modular or systems furniture, when such feeds are supplied via wall outlets or floor penetrations. When overhead feeds are used, junction boxes shall be installed for electrical connections. Raceways will be provided throughout the furniture panels to distribute the electrical, telephone, and data cable. The Lessor shall provide all electrical service wiring and connections to the furniture at designated junction points. Cluster groups at floor or wall locations shall be provided on the basis of 1 per 100 BOMA Usable Square Feet. A set consisting of 1 data junction box, 1 telephone junction box, and 1 electrical junction box shall comprise a cluster group. Each electrical junction shall contain an 8-wire feed consisting of 3 general-purpose 120-volt circuits with 1 neutral and 1 ground wire, and a 120-volt isolated-ground circuit with 1 neutral and 1 isolated-ground wire. A 20-amp. circuit shall have no more than 8 general-purpose receptacles or 4 isolated-ground "computer" receptacles. The isolated-ground "computer" circuits shall be installed in accordance with the September 21, 1983 edition of Federal Information Processing Standards pub. 94.

(b) The Government shall be responsible for providing data and telecommunications cable. Said cable shall be installed and connected to systems furniture by the Lessor/contractor with the assistance and/or advice of the Government or computer vendor. The Lessor shall provide wall-mounted data and telephone junction boxes, which shall include rings and pull strings designed to facilitate the installation of cable. The Lessor shall provide a means of distributing the cable via a system of ladder-type cable trays which shall form a loop around the perimeter of the Government-occupied space. Said ladder trays shall provide access to both telecommunications data closets and telephone closets, and shall be located such that they are within a 30-foot horizontal distance of any single drop.

**6.17. LIGHTING: INTERIOR (JAN 1997)**

(a) Modern low brightness, parabolic type 2' x 4' or 2' x 2' fluorescent fixtures using no more than 2.0 watts/BOMA Usable square foot shall be provided. Such fixtures shall be capable of producing and maintaining a uniform lighting level of not less than 50 foot-candles at working surface height throughout the space. A lighting level of at least 20 foot-candles at foot level should be maintained in corridors providing ingress and egress to the Government leased space. One to 10 foot-candles or minimum levels sufficient to ensure safety should be maintained in other non-working areas. When the space is not in use by the Government, interior and exterior lighting, except that essential for safety and security purposes, shall be turned off.

(b) Building entrances and parking areas must be lighted. Ballasts are to be rapid-start, thermally protected, voltage regulating type, UL listed and ETL approved.

(c) Outdoor parking areas shall have a minimum of .1 foot-candle of illumination. Indoor parking areas shall have a minimum of 10 foot-candles level illumination.

**6.18. SWITCHES (JAN 1997)**

Switches shall be located on columns or walls by door openings in accordance with the "Controls" subparagraph of the paragraph entitled "Handicapped Accessibility" in the "General Architectural" section of this solicitation. No more than 1000 BOMA Usable Square Feet of open space shall be controlled by one light switch.

**6.19. ADDITIONAL ELECTRICAL CONTROLS**

If the Offeror proposes that the Government pay separately for electricity, no more than 500 square feet of office may be controlled by one switch or automatic light control and must be provided to all space on the Government meter, either through a building automation system, time clock, occupant sensor, or other comparable system acceptable to the Contracting Officer.

**6.20. ELEVATORS (JAN 1997)**

(a) The Lessor shall provide suitab. .assenger and freight elevator service to all GSA-lea. space not having ground level access.

(b) CODE:
Elevators shall conform to the current editions of the American National Standard A17.1, Safety Code for Elevators and Escalators, except that elevator cabs are not required to have a visual or audible signal to notify passengers during automatic recall. The elevator shall be inspected and maintained in accordance with the current requirements of the American National Standard A17.2, Inspector's Manual for Elevators.

## 7.0 SERVICES, UTILITIES, MAINTENANCE

### 7.1. SERVICES, UTILITIES, MAINTENANCE: GENERAL

Services, utilities, and maintenance shall be provided by the Lessor as part of the rental consideration. The Lessor must have a building superintendent or a locally designated representative available to promptly correct deficiencies.

### 7.2. NORMAL HOURS

Services, utilities, and maintenance will be provided daily, extending 6:00 a.m. to 6:00 p.m. except Saturdays, Sundays, and Federal holidays.

### 7.3. OVERTIME USAGE (JAN 1997)

(a) The Government shall have access to the leased space at all times without additional payment, including the use, during other than normal hours, of necessary services and utilities such as elevators, toilets, lights, and electric power.

(b) If heating or cooling is required on an overtime basis, such services will be ordered orally or in writing by the Contracting Officer or Buildings Manager. When ordered, services shall be provided at the hourly rate established in the contract. Costs for personal services shall only be included as authorized by the Government.

(c) When the cost of service is $2,000 or less, the service may be ordered orally. An invoice shall be submitted to the official placing the order for certification and payment. Orders for services costing more than $2,000 will be placed using a Form 300, Order for Supplies or Services. The clauses entitled "GSAR 552.232-71 Prompt Payment" and "GSAR 552.232-72 Invoice Requirements (Variation)" apply to all orders for overtime services.

(d) All orders are subject to the terms and conditions of this lease. In the event of a conflict between an order and this lease, the lease shall control.

### 7.4. UTILITIES

The Lessor shall ensure that utilities necessary for operation are provided and all associated costs are included as a part of the established rental rate.

### 7.5. JANITORIAL SERVICES (JAN 1997)

Cleaning is to be performed after tenant working hours unless daytime cleaning is specified as a special requirement elsewhere in this solicitation.

The Lessor shall maintain the leased premises, including outside areas in a clean condition and shall provide supplies and equipment. The following schedule describes the level of services intended. Performance will be based on the Contracting Officer's evaluation of results, not the frequency or method of performance.

DAILY:
Empty trash receptacles and clean ashtrays. Sweep entrances, lobbies and corridors. Spot sweep floors and spot vacuum carpets. Clean drinking fountains. Sweep and damp mop or scrub toilet rooms. Clean all toilet fixtures and replenish toilet supplies. Dispose of all trash and garbage generated in or about the building. Wash inside and out or steam clean cans used for collection of food remnants from snack bars and vending machines. Dust horizontal surfaces that are readily available and visibly require dusting. Spray buff resilient floors in main corridors, entrances and lobbies, clean elevators and escalators, remove carpet stains. Police sidewalks, parking areas and driveways. Sweep loading dock areas and platforms.

THREE TIMES A WEEK:
Sweep or vacuum stairs.

WEEKLY:
Damp mop and spray buff all resilient floors in toilets and health units. Sweep sidewalks, parking areas and driveways (weather permitting).

EVERY TWO WEEKS:
Spray buff resilient floors in secondary corridors, entrance and lobbies. Damp mop and spray buff hard and resilient floors in office space.

MONTHLY:
Thoroughly dust furniture. Completely sweep and/or vacuum carpets. Sweep storage space. Spot clean all wall surfaces within 70 inches of the floor.

EVERY TWO MONTHS:
Damp wipe toilet wastepaper receptacles, stall partitions, doors, window sills and frames. Shampoo entrance and elevator carpets.

THREE TIMES A YEAR:
Dust wall surfaces within 70 inches of the floor, vertical surfaces and under surfaces. Clean metal and marble surfaces in lobbies. Wet mop or scrub garages.

TWICE A YEAR:
Wash all interior and exterior windows ... other glass surfaces. Strip and apply four coats of ... sh to resilient floors in toilets. Strip and refinish main corridors and other heavy traffic areas.

ANNUALLY:
Wash all venetian blinds and dust 6 months from washing. Vacuum or dust all surfaces in the building of 70 inches from the floor, including light fixtures. Vacuum all drapes in place. Strip and refinish floors in offices and secondary lobbies and corridors. Shampoo carpets in corridors and lobbies. Clean balconies, ledges, courts, areaways and flat roofs.

EVERY TWO YEARS:
Shampoo carpets in all offices and other non-public areas.

EVERY FIVE YEARS:
Dry clean or wash (as appropriate) all drapes.

AS REQUIRED:
Properly maintain plants and lawns, remove snow and ice from entrances, exterior walks and parking lots of the building. Provide initial supply, installation and replacement of light bulbs, tubes, ballasts and starters. Replace worn floor coverings (this includes moving and return of furniture). Control pests as appropriate, using Integrated Pest Management techniques.

**7.6. SCHEDULE OF PERIODIC SERVICES**
Within 60 days after occupancy by the Government, the Lessor shall provide the Contracting Officer with a detailed written schedule of all periodic services and maintenance to be performed other than daily, weekly or monthly.

**7.7. MAINTENANCE AND TESTING OF SYSTEMS (OCT 1996)**

(a) The Lessor is responsible for the total maintenance and repair of the leased premises. Such maintenance and repairs include site and private access roads. All equipment and systems shall be maintained to provide reliable, energy efficient service without unusual interruption, disturbing noises, exposure to fire or safety hazards, uncomfortable drafts, excessive air velocities, or unusual emissions of dirt. The Lessor's maintenance responsibility includes initial supply and replacement of all supplies, materials, and equipment necessary for such maintenance. Maintenance, testing, and inspection of appropriate equipment and systems must be done in accordance with applicable codes, and inspection certificates must be displayed as appropriate. Copies of all records in this regard shall be forwarded to the Field Office Manager or a designated representative.

(b) Without any additional charge, the Government reserves the right to require documentation of proper operations or testing prior to occupancy of such systems as fire alarm, sprinkler, emergency generator, etc. to ensure proper operation. These tests shall be witnessed by a representative of the Contracting Officer.

**7.8. SECURITY**
The Lessor shall provide a level of security which reasonably deters unauthorized entry to the space leased during non-duty hours and deters loitering or disruptive acts in and around the space leased during duty hours. The Lessor shall provide a card access system at entry points of the building.

**7.9. SECURITY: ADDITIONAL REQUIREMENTS**
The Government reserves the right to require the Lessor to submit completed fingerprint charts and personal history statements for each employee of the Lessor as well as employees of the Lessor's contractor's or subcontractors who will provide building operating services of a continuing nature for the property in which the leased space is located. The Government may also require this information for employees of the Lessor, his contractors, or subcontractors who will be engaged to perform alterations or emergency repairs for the property.

If required, the Contracting Officer will furnish the Lessor with form FD-258, "Fingerprint Chart" and Form 176, "Statement of Personal History" to be completed for each employee and returned by the Lessor to the Contracting Officer or his designated representative within 10 working days from the date of the written request to do so. Based on the information furnished, the Government will conduct security checks of the employees. The Contracting Officer will advise the Lessor in writing if an employee is found to be unsuitable or unfit for his assigned duties. Effective immediately, such an employee cannot work or be assigned to work on the property in which the leased space is located. The Lessor will be required to provide the same data within 10 working days from the addition of new employee(s) to the work force. In the event the Lessor's contractor/subcontractor is subsequently replaced, the new contractor/subcontractor is not required to submit another set of these forms for employees who were cleared through this process while employed by the former contractor/subcontractor. The Contracting Officer may require the Lessor to submit Form FD-258 and Form 176 for every employee covered by this clause on a 3-year basis.

**7.10. BUILDING OPERATING PLAN**
If the cost of utilities is not included as part of the rental consideration, Offerors shall submit a building operating plan with the offer. Such plan shall include a schedule of start-up and shutdown times for operation of each building system, such as lighting, heating, cooling, ventilation, and plumbing which is necessary for the operation of the building. Such plan shall be in operation on the effective date of the lease.

**7.11. LANDSCAPE MAINTENANCE**

Performance will be based on the C...acting Officer's evaluation of results and not the ,uency or the method of performance. Landscape maintenance is to be performed during the growing season on a weekly cycle and will consist of watering, mowing, and policing area to keep it free of debris. Pruning and fertilization are to be done on an as needed basis. In addition, dead or dying plants are to be replaced.

8.0 SAFETY AND ENVIRONMENTAL M GEMENT

8.1. OCCUPANCY PERMIT (OCT 1996)
The Lessor shall provide a valid Occupancy Permit for the intended use of the Government and shall maintain and operate the building in conformance with current local codes and ordinances. If the local jurisdiction does not issue occupancy permits, Offerors should consult the contracting officer to determine if other documentation may be needed.

8.2. FIRE AND LIFE SAFETY (OCT 1996)

(a) Below-grade space to be occupied by Government and all areas in a building referred to as "hazardous areas" in National Fire Protection Association Standard 101, known as the "Life Safety Code," or any successor standard thereto, must be protected by an automatic sprinkler system or an equivalent level of safety.

(b) If offered space is 3 stories or more above grade, the Lessor shall provide written documentation that the building meets egress and fire alarm requirements as established by NFPA Standard No. 101 or equivalent. However, if 1) offered space is 5 stories or less above grade, 2) the total Government leased space in the building (all leases combined) will be less than 35,000 square feet, and 3) the building is sprinklered, this documentation is not required.

(c) If offered space is 6 stories or more above grade, additional fire and life safety requirements may apply. Therefore, the offeror must advise GSA in its offer whether or not the offered space, or any part thereof, is on or above the sixth floor of the offered building.

8.3. SPRINKLER SYSTEM (OCT 1996)

(a) If any portion of the offered space is on or above the 6th floor, and lease of the offered space will result, either individually or in combination with other Government leases in the offered building, in the Government leasing more than 35,000 BOMA Usable Square Feet of space in the offered building, then the entire building must be protected by an automatic sprinkler system or an equivalent level of safety.

(b) If an offeror proposes to satisfy any requirement of this clause by providing an equivalent level of safety, the offeror must submit, for Government review and approval, a fire protection engineering analysis, performed by a qualified fire protection engineer, demonstrating that an equivalent level of safety for the offered building exists. Offerors should contact the Contracting Officer for further information regarding Government review and approval of "equivalent level of safety" analyses. (See 41 CFR 101-6.6 for guidance on conducting an equivalent level of safety analysis.)

(c) Definition: "Equivalent level of safety" means an alternative design or system (which may include automatic sprinkler systems), based upon fire protection engineering analysis, which achieves a level of safety equal to or greater than that provided by automatic sprinkler systems.

8.4. MANUAL FIRE ALARM SYSTEMS (OCT 1996)
Manual fire alarm systems shall be provided in accordance with NFPA Standard 101 (current as of the date of this solicitation). Systems shall be maintained and tested by the Lessor in accordance with NFPA Standard 72. The fire alarm system wiring and equipment must be electrically supervised and automatically notify the local fire department (NFPA Standard No. 72) or approved central station. Emergency power must be provided in accordance with NFPA Standards No. 70 and 72.

8.5. OSHA REQUIREMENTS (OCT 1996)
The Lessor shall maintain buildings and space in a safe and healthful condition according to the Occupational Safety and Health Administration (OSHA) standards.

8.6. ASBESTOS (OCT 1996)

(a) Offers are requested for space with no asbestos-containing materials (ACM), or with ACM in a stable, solid matrix (e.g., asbestos flooring or asbestos cement panels) which is not damaged or subject to damage by routine operations. For purposes of this "Asbestos" paragraph, "space" includes the space offered for lease, common building areas and ventilation systems and zones serving the space offered, and the area above suspended ceilings and engineering space in the same ventilation zone as the space offered. If no offers are received for such space, the Government may consider space with thermal system insulation ACM (e.g., wrapped pipe or boiler lagging) which is not damaged or subject to damage by routine operations.

(b) Definition. ACM is defined as any materials with a concentration of greater than 1 percent by dry weight of asbestos.

(c) Space with ACM of any type or condition may be upgraded by the offeror to meet the conditions described in subparagraph (a) by abatement (removal, enclosure, encapsulation, or repair) of ACM not meeting those conditions. If an offer involving abatement of ACM is accepted by the Government, the Lessor shall, prior to occupancy, successfully complete the abatement in accordance with Occupational Safety and Health Administration (OSHA), Environmental Protection Agency (EPA), Department of Transportation (DOT), State, and local regulations and guidance.

(d) Management plan. If space is offered which contains ACM, the offeror must submit an asbestos-related management plan for acceptance by the Government prior to lease award. This plan must conform to EPA guidance, be implemented prior to occupancy, and be revised promptly when conditions affecting the plan change. If asbestos abatement work is to be performed in the space after occupancy, the Lessor shall submit to the Contracting Officer the occupant safety plan and a description of the

methods of abatement and re...upancy clearance, in accordance with OSHA, EP..., DOT, State, and local regulations and guidance, at least 4 weeks prior to the abatement work.

8.7. INDOOR AIR QUALITY (OCT 1996)

(a) The Lessor shall control contaminants at the source and/or operate the space in such a manner that the GSA indicator levels for carbon monoxide (CO), carbon dioxide ($CO_2$), and formaldehyde (HCHO) are not exceeded. The indicator levels for office areas shall be: CO - 9 parts per million (ppm) time-weighted average (TWA - 8-hour sample); $CO_2$ - 1000 ppm (TWA); formaldehyde - 0.1 ppm (TWA).

(b) The Lessor shall make a reasonable attempt to apply insecticides (except traps), paints, glues, adhesives, and heating, ventilating and air conditioning (HVAC) system cleaning compounds with highly volatile or irritating organic compounds, outside of working hours. The Lessor shall provide advance notice to the tenant before applying noxious chemicals in occupied spaces, and adequate ventilation in those spaces during working hours during and after application.

(c) The Lessor shall, at all times, supply adequate ventilation to the leased premises with air having contaminants below OSHA or EPA action levels and permissible exposure limits, and without noxious odors or dusts. The Lessor shall conduct HVAC system balancing after all HVAC system alterations; and make a reasonable attempt to schedule major construction outside of office hours.

(d) The Lessor shall promptly investigate indoor air quality (IAQ) complaints and shall implement controls, including alteration of building operating procedures (e.g., adjusting air intakes, adjusting air distribution, cleaning and maintaining HVAC systems, etc.), to address such complaints.

(e) The Government reserves the right to conduct independent IAQ assessments and detailed studies in space it occupies, as well as in space serving the Government-leased space (e.g., common use areas, mechanical rooms, HVAC systems, etc.). The Lessor shall assist the Government in its assessments and detailed studies by making available information on building operations and Lessor activities, and providing access to space for assessment and testing, if required, and implement corrective measures required by the Contracting Officer.

8.8. RADON IN AIR (OCT 1996)

(a) The radon concentration in the air of space leased to the Government shall be less than the Environmental Protection Agency (EPA) action concentration for homes of 4 picoCuries per liter (pCi/L), herein called the "EPA action concentration."

(b) Initial testing:

(1) The Lessor shall test for radon that portion of space planned for occupancy by the Government in ground contact or closest to the ground up to and including the second floor above grade (space on the third or higher floor above grade need not be measured), report the results to the Contracting Officer upon award, and promptly carry out a corrective action program for any radon concentration which equals or exceeds the EPA action level.

(2) Testing sequence: The Lessor shall measure radon by the Standard Test in subparagraph (d)(1), completing the Test not later than 150 days after award, unless the Contracting Officer decides that there is not enough time to complete the Test before Government occupancy, in which case the Lessor shall perform the Short Test in subparagraph (d)(2).

(3) If the space offered for lease to the Government is in a building under construction or proposed for construction, the Lessor shall, if possible, perform the Standard Test during buildout before Government occupancy of the space. If the Contracting Officer decides that it is not possible to complete the Standard Test before occupancy, the Lessor shall complete the Short Test before occupancy, and the Standard Test not later than 150 days after occupancy.

(c) Corrective action program:

(1) Program initiation and procedures:

(i) If the Government or the Lessor detects radon at or above the EPA action level at any time before Government occupancy, the Lessor shall carry out a corrective action program which reduces the concentration to below the EPA action level before Government occupancy.

(ii) If the Government or the Lessor detects a radon concentration at or above the EPA action level at any time after Government occupancy, the Lessor shall promptly carry out a corrective action program which reduces the concentration to below the EPA action level.

(iii) If the Government or the Lessor detects a radon concentration at or above the EPA residential occupancy concentration of 200 pCi/L at any time after Government occupancy, the Lessor shall promptly restrict the use of the affected area, and provide comparable temporary space for the tenants, as agreed to by the Government, until the Lessor carries out a prompt corrective action program which reduces the concentration to below the EPA action level and certifies the space for reoccupancy.

(iv) The Lessor shall provide the Government with prior written notice of any proposed corrective action or tenant relocation. The Lessor shall promptly revise the corrective action program upon any change in building condition or operation which would affect the program or increase the radon concentration to or above the EPA action level.

(2) The Lessor shall perform the Standard Test in subparagraph (d)(1) to assess the effectiveness of a corrective action program. The Lessor may also perform the Short Test in subparagraph (d)(2) to determine whether the space may be occupied, but shall begin the Standard Test concurrently with the Short Test.

(3) All measures to accommodate delay of occupancy, corrective action, tenant relocation, tenant reoccupancy, or follow-up measurement, shall be provided by the Lessor at no additional cost to the Government.

(4) If the Lessor fails to exercise due diligence, or is otherwise unable to reduce the radon concentration promptly to below the EPA action level, the Government may implement a corrective action program and deduct its costs from the rent.

(d) Testing procedures:

(1) Standard Test: Place Alpha Track Detectors or Electret Ion Chambers throughout the required area for 91 or more days so that each covers no more than 2,000 square feet of usable space. Use only devices listed in the EPA Radon Measurement Proficiency (RMP) Program Application Device Checklists. Use a laboratory rated proficient in the EPA Program to analyze the devices. Submit the results and supporting data (sample location, device type, duration, radon measurements, laboratory proficiency certification number, and the signature of a responsible laboratory official) within 30 days after the measurement.

(2) Short Test: Place Alpha Track Detectors for at least 14 days, or Electret Ion Chambers or charcoal canisters for 2 to 3 days, throughout the required area so that each covers no more than 2,000 square feet of usable space, starting not later than 7 days after award. Use only devices listed in the EPA RMP Program Application Device Checklists. Use a laboratory rated proficient in the EPA Program to analyze the devices, and submit the results and supporting data within 30 days after the measurement. In addition, complete the Standard Test not later than 150 days after Government occupancy.

**8.9. RADON IN WATER (SEP 1991)**

(a) Two water samples constituting a sampling pair shall be taken from the same location for quality control. They shall be obtained inside the building and as near the non-public water source as is practical, in accordance with EPA's "Radon In Water Sampling Program Manual." Analysis of water samples for radon must be performed by a laboratory that uses the analytical procedures as described in EPA's "Two Test Procedures For Radon In Drinking Water."

(b) The Lessor shall perform the necessary radon testing and submit a certification to the Contracting Officer before the Government occupies the space.

(c) If the EPA action level is reached or exceeded, the Lessor shall institute abatement methods, such as aeration, which reduce the radon to below the EPA action level prior to occupancy by the Government, and are promptly revised when building conditions which would or do affect the program change.

**8.10. HAZARDOUS MATERIALS (OCT 1996)**

The leased space shall be free of hazardous materials according to applicable Federal, State, and local environmental regulations.

**8.11. RECYCLING (OCT 1996)**

Where State and/or local law, code or ordinance require recycling programs for the space to be provided pursuant to this solicitation, the successful offeror shall comply with such State and/or local law, code or ordinance in accordance with the paragraph of the General Clauses entitled "Compliance with Applicable Law." In all other cases, the successful offeror shall establish a recycling program in the leased space where local markets for recovered materials exist. The Lessor agrees, upon request, to provide the Government with additional information concerning recycling programs maintained in the building and the leased space.



INITIALS: ________ & ________
LESSOR GOVT

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>**SUPPLEMENTAL LEASE AGREEMENT** | SUPPLEMENTAL AGREEMENT<br>NO. 1 | DATE<br>Jan 15 2001 |
|---|---|---|
| | TO LEASE NO. **GS-02B-23116** | |

ADDRESS OF PREMISES **111 Wood Avenue South**
**Iselin, New Jersey**

**THIS AGREEMENT**, made and entered into this date by and between **Metrotop Plaza Associates**

whose address is **c/o Atlantic Realty Development Corp.**
**90 Woodbridge Center Drive**
**Woodbridge, NJ 07095-1142**

hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government:

**WHEREAS**, the parties hereto desire to amend the above lease to establish the commencement date of the lease.

**NOW THEREFORE**, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended as follows:

The term of the lease shall commence on January 15, 2001 and run through January 14, 2011 subject to the termination rights as set forth in the lease.

All other terms and conditions of the Lease shall remain in force and in effect.

**IN WITNESS WHEREOF**, the parties subscribed there names as of the above date.

**LESSOR: Metrotop Plaza Associates**

BY ______ (Signature)     Partner (Title)

IN PRESENCE OF ______ (Signature)     90 Woodbridge Center Dr. (Address)

**UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION**

BY Richard Finney 1/12/2001 (Signature)     Contracting Officer (Official Title)

GSA form 276 (REV 11/93)

| GENERAL SERVICES ADMINISTRATION PUBLIC BUILDINGS SERVICE **SUPPLEMENTAL LEASE AGREEMENT** | SUPPLEMENTAL AGREEMENT NO. 2 | DATE Nov 21, 2000 |
|---|---|---|
| | TO LEASE NO. GS-02B-23116 | |

ADDRESS OF PREMISES **111 Wood Avenue South**
**Iselin, New Jersey**

**THIS AGREEMENT,** made and entered into this date by and between **Metrotop Plaza Associates**

whose address is **c/o Atlantic Realty Development Corp.**
**90 Woodbridge Center Drive**
**Woodbridge, NJ 07095-1142**

hereinafter called the Lessor, and the **UNITED STATES OF AMERICA,** hereinafter called the Government:

**WHEREAS,** the parties hereto desire to amend the above lease to provide for the Lessor to install a security system and card access & video intercom.

**NOW THEREFORE,** these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended as follows:

1. The Lessor agrees to install a security system per the attached November 21, 2000 proposal in the amount of $5,962.44. Reimbursement to the Lessor shall be made as provided for in Clauses 22, 23 & 24 of the General Clauses.

2. The Lessor agrees to install a card access & video intercom per the attached November 21, 2000 proposal in the amount of $8,393.77. Reimbursement to the Lessor shall be made as provided for in Clauses 22, 23 & 24 of the General Clauses.

3. Upon satisfactory completion and Government acceptance of the work as satisfactorily complete, the Lessor shall submit an itemized invoice to the Government, whereupon the Government shall make a one time lump sum payment in the amount of $14,356.21.

4. Upon payment as hereinabove described, all those removable fixtures installed pursuant to this SLA #2 shall become the property of the Government, and may be changed, relocated and/or removed from the leased premises by the Government, and the Lessor relinquishes forever all rights, title and interest in and to any and all such removable fixtures installed in accordance herewith.

5. This supplemental Lease Agremmemt #2 can be executed via facsimile.

Except as modified by this Supplemental Lease Agreement, all other terms and conditions of this lease shall remain in full force and effect, and in the event that any of the terms and conditions of this Supplemental Lease Agreement conflict with any of the terms of the Lease or any previous Supplemental Lease Agreement, the terms of this Supplemental Lease Agreement shall control and govern.

**IN WITNESS WHEREOF,** the parties subscribed there names as of the above date.

**LESSOR: Metrotop Plaza Associates**

BY [signature] (Signature) [signature] (Title)

IN PRESENCE OF Suzan Miarni (Signature) 90 Woodbridge Ctr Dr. Woodbridge NJ (Address)

**UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION**

BY Richard V. Foney (Signature) 11/21/2000 Contracting Officer (Official Title)

#V 01

GSA form 276 (REV 11/93)

Project Number: 2NJ0019

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>NO. 3 | DATE<br>2-28-02 |
|---|---|---|
| | TO LEASE NO. GS-02B-23116 | |

ADDRESS OF PREMISES **111 Wood Avenue South**
**Iselin, New Jersey**

**THIS AGREEMENT,** made and entered into this date by and between **Metrotop Plaza Associates**

whose address is c/o **Atlantic Realty Development Corp.**
**90 Woodbridge Center Drive**
**Woodbridge, NJ 07095-1142**

hereinafter called the Lessor, and the **UNITED STATES OF AMERICA,** hereinafter called the Government:

**WHEREAS,** the parties hereto desire to amend the above lease to provide for daytime cleaning and 24 hour HVAC in the data processing room.

**NOW THEREFORE,** these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended as follows:

1. Commencing March 5, 2001, the Lessor agrees to provide daytime cleaning rather than after working hour cleaning as specified in SFO Paragraph 7.5. The additional cost to the Government shall be $4,809.60 per annum.

2. Commencing March 5, 2001, the Government shall increase the annual rent by $1,533.00 to reflect the actual incremental electrical cost to provide 24 hour, 7 days per week HVAC in the Data Processing Room. Accordingly, the Data Processing Room shall no longer be subject to overtime usage as provided for in SFO Paragraph 7.3.

3. Commencing March 5, 2001, Paragraph 12 in the Rider to Lease is amended to read " The Government shall pay the Lessor an annual rent of $426,274.12 at the rate of $35,522.84 per month for the first five (5) years of the Lease and an annual rent of $392,820.68 at the rate of $32,735.06 per month for the second five (5) years of the Lease".

4. this supplemental lease agreement No. 3 can be executed via facsimile.

Except as modified by this Supplemental Lease Agreement, all other terms and conditions of this lease shall remain in full force and effect, and in the event that any of the terms and conditions of this Supplemental Lease Agreement conflict with any of the terms of the Lease or any previous Supplemental Lease Agreement, the terms of this Supplemental Lease Agreement shall control and govern.

**IN WITNESS WHEREOF,** the parties subscribed there names as of the above date.

**LESSOR: Metrotop Plaza Associates**

BY [signature] (Signature) [signature] (Title)

IN PRESENCE OF [signature] (Signature) 90 Woodbridge Ctr Dr. Woodbridge NJ (Address)

**UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION**

BY [signature] (Signature) Contracting Officer (Official Title)

GSA form 276 (REV 11/93)

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>**SUPPLEMENTAL LEASE AGREEMENT** | SUPPLEMENTAL AGREEMENT NO 4 | DATE 6/19/03 |
|---|---|---|
| | TO LEASE NO. **GS-02B-23116** | |

ADDRESS OF PREMISES: **111 Wood Avenue**
**Islen, New Jersey**

**THIS AGREEMENT,** made and entered into this date by and between **Metrotop Plaza Associates**, whose address is:

**c/o Atlantic Realty Development Corporation**
**90 Woodbridge Center Drive**
**Woodbridge, NJ 07095-1142**

hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government:

**WHEREAS,** the parties hereto desire to amend the above Lease to provide for the following alterations, including all material and labor costs: Wall coverings in open office area, interior signage for office space, and the installation of a 20 AMP GFIC dedicated outlet in the kitchen area of said office.

**NOW THEREFORE,** these parties for the consideration hereinafter mentioned covenant and agree that the said Lease is amended as follows:

1. The Lessor has agreed to provide, and has to date provided the following alterations to the leased space: the installation and furnishing of 522 LF of vinyl wall-covering border (Blounder Library Classics) in the open office area, installation and furnishing of vinyl wall-covering border in five additional offices, one conference room, and one break room, installation of a 15.5" diacast aluminum logo plaque, with 3"x ¼" aluminum letters per layout, and installation of a dedicated 20 amp GFIC outlet in the kitchen area.

2. As of the date of this SLA, the above-mentioned alterations have been satisfactorily completed and accepted by the Government. The Lessor has submitted itemized invoices to the Government for payment of said alterations, for which the Government shall make a one time lump sum payment in the amount of $10,644.15

3. Upon payment as hereinabove described, all those removable fixtures installed pursuant to this SLA #4 shall become the property of the Government, and may be changed, relocated and/or removed from the leased premises by the Government, and the Lessor relinquishes forever all rights, title and interest in and to any and all such removable fixtures installed in accordance herewith.

**All other terms and conditions of the Lease shall remain in full force and effect.**

**IN WITNESS WHEREOF,** the parties subscribed their names as of the above date.

**LESSOR: Metrotop Plaza Associates**

BY [signature] (Signature) — Owner rep (Title)

IN PRESENCE OF Lisa Pollock (Signature) — 90 Woodbridge Center Dr. WDBGE, NJ (Address)

UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION

BY Carthe Campione (Signature) — Contracting Officer (Official Title)